

MILWAUKEE MONTESSORI SCHOOL

345 N. 95th Street
Milwaukee, WI 53226

414.259.0370

Student: James LaRoque
Teacher: Deepti Arora
Grade: LE1
Term: Term 4
Year: 2020-2021
Date: June 11, 2021

## Progress Report

*Started 4-12-21*

**Key for Work and Study Habits**

- Proficient: Student is performing along expected lines 80-100% of the time. Needs few if any prompts and cues to stay on task.
- Apprentice: Student is performing along expected lines 50-79% of the time. Needs prompts and cues three to five times a week to stay on task.
- Insufficient Progress: Student requires support more than 50% of the time to stay on task. Needs multiple and daily prompts to stay on task to complete assignments and lessons.

**Key for Academics**

- Proficient: Work shows outstanding and consistent application of knowledge exceeding the required level of performance 90-100% of the time.
- Apprentice: Work shows consistent application of knowledge meeting the required level of performance 50-89% of the time.
- Insufficient Progress: Work shows a basic and inconsistent application of knowledge approaching the required level of performance 0-49% of the time.

**Term 4 Attendance:    Present-Notes: 41  Absences: 2  Tardies: 0**

### LE1 - Lower Elementary 1

**LE1-1**                    **In Person**                                                    **Deepti Arora**

In Lower Elementary, we focused on music history, performance, and singing. In January, LE students had a performance unit where students volunteered to perform in front of their class. Students were taught to overcome stage fright, speak well and clear in front of others, and how to pick a song that shows us off in a good way. In February we took a close look at folk music from Africa and how it has affected American music today. Once laying that groundwork we took a lot of time during Women's history month to explore as much music and as many female inspirations as possible. We continued our cultural appreciation with songs from Ireland and now the focus has been on learning all the parts and sections of an orchestra.  The Spring semester will end with an additional 'Performance' unit based on the excitement of the students from the previous time. Classes will start with a large group warmup consisting of sound, movement, rhythm, and singing silly songs. Students will continue to working hard through elements like stage nerves, articulation, focus, good audience behavior, and general presentation skills.

This season brought on many challenges but with very creative solutions, as well. It allowed us to truly spend time on a subject and explore it inside and out without the pressure of having to perform it. Students will leave this year with a newfound joy of singing, performing, and instrumentation.

| PERSONAL AND SOCIAL GROWTH | P | A | IP |
|---|---|---|---|
| Follows school rules | ● | | |
| Respects adult authority | ● | | |
| Cultivates peer friendships | ● | | |
| Maintains peer friendships | ● | | |
| Resolves peer conflicts independently | ● | | |
| Resolves peer conflicts without social disruption | ● | | |
| Accepts suggestions for improvement | ● | | |
| Perseveres in the face of possible failure | ● | | |
| Successfully manages leadership opportunities | | ● | |
| **WORK AND STUDY HABITS** | **P** | **A** | **IP** |
| Organizes time and materials | | ● | |
| Completes assignments in a timely manner | ● | | |
| Listens attentively during lessons | ● | | |
| Participates orally in teacher directed groups | ● | | |
| Follows oral lesson instructions | ● | | |
| Follows written lesson instructions | ● | | |
| Asks questions when unclear | ● | | |
| Works independently while keeping academic momentum | | ● | |
| Works with peers without distracting from the task at hand | | ● | |

EXHIBIT C

BINDER001

| | P | A | IP |
|---|---|---|---|
| Demonstrates problem solving skills | | ● | |
| Shows academic initiative | ● | | |
| Work is neat and beautiful | | ● | |
| Work meets high academic standards | | ● | |
| Returns daily homework folder with parent signature | ● | | |

## LE1 - Lower Elementary 1 Comments

James is a kind and well-behaved child. His outgoing personality and cleverness draw people in. He enjoys sharing stories with classmates and teachers. He is a delightful addition to our Lower Elementary classroom.

He is working on his handwriting, to produce beautiful reports. He enjoys working on state and president researches and making maps in the classroom. He also shows his apparent dedication to improving his reading and math facts mastery by having his reading folder correctly and fully completed every day.

It is a joy having him in class, and I look forward to fostering his growth in the coming years!

## LE1 - Mathematics

The Lower Elementary mathematics curriculum focuses on incremental review and the steady practice of basic facts and operations, while also approaching new concepts and problems from a variety of angles. This includes giving students a variety of opportunities to apply the same concept or operation in different types of situations. While it is important to work toward the development of higher-order problem-solving skills, it is equally important to have a sound grasp of basic facts and an automatic fluency with fundamental operations.

| NUMERALS | P | A | IP |
|---|---|---|---|
| Matching written numeral to quantity | ● | | |
| Writing numerals and matching them to wrttiten word | | ● | |
| Greater and less than | ● | | |
| Study of Roman Numerals | | ● | |
| **FAMILIES OF NUMBERS** | **P** | **A** | **IP** |
| Uses commas in numbers to denote catergories | | ● | |
| Can orally recite written numbers up to catergory of millions | ● | | |
| Can write numbers dictated orally up to category of millions | | | |
| **MEASUREMENT** | **P** | **A** | **IP** |
| History of measurement | | | |
| **MEASUREMENT: STANDARD AMERICAN UNITS** | **P** | **A** | **IP** |
| Inch , Foot, Miles | | | |
| Cup, pint, quart, gallon | | | |
| Onces, pound | | | |
| **MEASUREMENT: METRIC STANDARD** | **P** | **A** | **IP** |
| Millimeter, Centimeter, Meter, Kilometer | | | |
| Millileter, Liters | | | |
| Gram, Kilogram | | | |
| **MEASUREMENT: GRAPHS** | **P** | **A** | **IP** |
| Tally Marks | | | |
| Bar Graphs | | | |
| Line Graphs | | | |
| Coordinates | | | |
| **ADDITION** | **P** | **A** | **IP** |
| Concept and Language of Addition: Addition, Addend, Sum | ● | | |
| Knows addition facts through 20 | | ● | |
| Dynamic/Regrouping using materials | ● | | |
| Dynamic/Regrouping abstractly | ● | | |
| Word Problems | | | |
| **SUBTRACTION** | **P** | **A** | **IP** |
| Concept and Language of Subtraction: Minuend, Subtrahend, Difference | | ● | |
| Knows subtraction facts to 20 | | ● | |
| Simple Subtraction using materials | ● | | |
| Simple Subtraction abstractly | ● | | |
| Dynamic/Borrowing with materials | ● | | |
| Dynamic/Borrowing abstractly | | ● | |
| Subtraction Word Problems | | | |
| **MULTIPLES** | **P** | **A** | **IP** |
| Memorized multiples of 2,3,4,5, and 10 | | | |
| Concept of Prime Numbers | | | |
| Concept of Least Common Multiple | | | |

Concept of Factors and language of Common Factors

| MULTIPLICATION | P | A | IP |
|---|---|---|---|
| Concept and Language of multiplication: multiplier, multiplicand, product | | | |
| Simple Multiplication 1 digit x 1 digit with materials | | | |
| Knows multiplication facts to 2-10 | | | |
| 4 digit x 1 digit with materials | | | |
| 4 digit x 1 digit abstractly | | | |
| 4 digit x 2 digit with materials | | | |
| 4 digit x 2 digit abstractly | | | |
| Multiplication Word Problems | | | |

| POWERS OF NUMBERS | P | A | IP |
|---|---|---|---|
| Concept and notation of squares | | | |
| Values of squares | | | |
| Concept and notation of cubes | | | |
| Values of Cubes | | | |
| Operations using Squares | | | |
| Operations using Cubes | | | |

| DIVISION | P | A | IP |
|---|---|---|---|
| Concept and Language of division: dividend, divisor, quotient | | | |
| Long Division with 1 digit divisor using materials | | | |
| Long Division with 1 digit divisor abstractly | | | |
| Long Division with 2 digit divisor using materials | | | |
| Long Division with 2 digit divisor abstractly | | | |
| Division Word Problems | | | |

| FRACTIONS | P | A | IP |
|---|---|---|---|
| Concepts of numerator and denominator | ● | | |
| Matches written symbol to fraction | | ● | |
| Equivalence of fractions | | | |
| Reduction of fractions | | | |
| Addition & Subtraction with like denominators | | | |
| Multiplication & Division with whole numbers | | | |
| Addition & Subtraction with unlike denominators | | | |
| Multiplication & Division by fractions | | | |

| MONEY | P | A | IP |
|---|---|---|---|
| Identifies coins | | | |
| Counts coins with value less than $1.00 | | | |
| Counts coins with values greater than $1.00 | | | |
| Makes Change with values less than $1.00 | | | |
| Makes Change with values greater than $1.00 | | | |
| Money Word Problems | | | |

| GEOMETRY | P | A | IP |
|---|---|---|---|
| History of Geometry | | | |
| Congruency and Similarity | | | |
| Equivalence | | | |

| LINES | P | A | IP |
|---|---|---|---|
| Line, Line Segment, Ray | | ● | |
| Horizontal, Vertical, Oblique | | ● | |
| Parallel, Convergent, Divergent | | | |
| Intersecting, Perpendicular | | | |

| ANGLES | P | A | IP |
|---|---|---|---|
| Parts of an Angle | | | |
| Classification | | | |
| Formed by Intersecting Lines | | | |
| Measurement, Protractors | | | |
| Drawing Compass, Bisecting Angles | | | |

| SURFACES | P | A | IP |
|---|---|---|---|
| Identification of Polygons | | ● | |
| Classification of Polygons | | ● | |
| Perimeter | | | |
| Area | | | |
| Parts of a Circle | | | |

| SOLIDS | P | A | IP |
|---|---|---|---|
| Identification of Solids | | | |
| Concept of Volume | | | |
| Three Important Dimensions | | | |

## LE1 - Mathematics Comments

James has become proficient in solving dynamic addition abstractly and strengthening his skills to do dynamic subtraction abstractly. His understanding of place value into the millions is well established.

James knows that the Roman numeral system is comprised of seven different symbols represented by letters and that Roman numerals differ from Arabic numerals in that Roman numerals do not have a symbol for zero. He knows that these Roman numerals are formed by combining symbols and adding the values (LVI is $50+ 5 + 1 = 56$).

James has become proficient in working with time and money. He can tell and record time on hour and half hour clocks. He can identify and know the values of different U.S. coins and dollar bills, and he can count and match different coins with their value. He can record data in a tally-mark chart and construct a bar graph. This semester James also enjoyed working on the calendar task cards. He can quickly answer questions like, "How many Mondays are in January?" and "What day of the week is January 29?" by looking at the calendar.

James can define a fraction as a part of an equally divided whole and identify its components: the numerator and denominator.

In geometry, James can name the parts of straight lines. He can also tell the difference between convergent, divergent, and parallel lines. James can define, classify, and name polygons according to the number of their sides and can calculate the perimeter of plane figures.

James has made progress in these 6 weeks with me. James should spend each day in the summer memorizing the ordered triplets in addition and subtraction using the phrase, $7 + 3 =10$; 7, 3, and 10 always go together in addition and subtraction. Knowing which numbers always go together allows James to develop his number sense and speed up his mathematical processes. I believe that learning his math facts, especially in addition and subtraction, will be a big help to helping move ahead.

## LE1 - Language

### Reading

After learning the mechanics of reading in the Children's House years, students in Lower Elementary focus on reading to acquire information through non-fiction texts. Non-fiction books have helpful features not found in most fiction books, including a table of contents, an index, a glossary, photographs and charts with captions, and a list of sources. Students learn the use of each of these features while discovering how reading opens them up to the world of knowledge that will enable them to write reports, discuss matters coherently, and progress in their schoolwork and education.

### Writing

The Lower Elementary writing curriculum requires students to produce a variety of forms such as stories, reports, poems, letters, and descriptions, and make reasonable judgments about what to include in them based on the purpose and type of composition. Students learn how to gather information from basic print sources (such as a children's encyclopedia or specific online sources) and by third grade, write a short report presenting the information in their own words. They learn the skill of proofreading with attention to spelling, mechanics, paragraph development, and vocabulary. The goal is to balance creativity and the correct use of conventions.

| | P | A | IP |
|---|---|---|---|
| **WRITING PRESENTATION SKILLS** | P | A | IP |
| Features handwriting that can be read easily, with all elements properly spaced and good use of white space | | ● | |
| Drawings are relevant and placed purposefully to enrich the text | | ● | |
| **WRITING CONVENTIONS** | P | A | IP |
| Spells nearly all words correctly, including grade-level, high frequency words | | ● | |
| Uses capitalization consistently for names, titles, and proper nouns, as well as sentence beginnings | | ● | |
| Has end punctuation that is usually correct | | ● | |
| Correctly uses advanced punctuation; commas in series, quotation marks | | ● | |
| Shows consistent and correct use of grammar at grade-level expectations | | ● | |
| **WRITING FLUENCY** | P | A | IP |
| Purposefully uses a variety of sentence beginnings and lengths to enhance and extend meaning | | ● | |
| Uses varied transitional words to enhance rhythm and readability of writing | | ● | |
| **WRITING AND WORD CHOICE** | P | A | IP |
| Demonstrates variety in word choice; employs new vocabulary | | ● | |
| **ORGANIZATION** | P | A | IP |

| | P | A | IP |
|---|---|---|---|
| Has an inviting beginning, a middle with appropriate details, and a developed ending that is effective, interesting, or thoughtful | | ● | |
| Uses an original, insightful, or clever title | | ● | |
| **ORAL READING** | **P** | **A** | **IP** |
| Reads expressively | | ● | |
| Reads clearly | ● | | |
| Reads at a grade-level rate | | ● | |
| Observes punctuation | | ● | |
| Uses context clues | ● | | |
| Attempts unfamiliar words | ● | | |
| Frustration tolerance at grade level | ● | | |
| **READING COMPREHENSION** | **P** | **A** | **IP** |
| Re-tells what has been read | ● | | |
| Orders events of a passage or book | | ● | |
| Answers literal questions about a text: who, what, and where | | ● | |
| Answers inferential questions: why, how, and what if | | ● | |
| Draws upon prior knowledge and experiences when reading | | ● | |
| Makes accurate decisions about what parts of a text deserve the most attention, encompassing expository issues (important points, local order, and conclusion) | | ● | |

## LE1 - Language Comments

James has made steady progress in his reading and writing abilities. He is approaching reading grade level and enjoys choosing books about a variety of subjects. He demonstrates reading comprehension by answering pertinent questions about details in the texts of non-fiction and fiction works with the help of an adult. Through the use of book reports, comprehension cards, and the SRA reading series, he is learning to recount what he has read, including key details and an understanding of the central messages and lessons of the texts.

In vocabulary development, James can identify and match synonyms, antonyms and discern singular and plural nouns. He can identify the subject and predicate of a sentence.

In May, for our reading time, each day, we read one of the books from "A Little Spot of Emotion" set by Diane Alber. The different emotions were: Anger, Sadness, Anxiety, Happiness, Confidence, Love, Peaceful, and Scribble. After each book, we discussed what we read, how it relates to him, and some tips and tricks on dealing with our emotions. After reading the set, he took a quiz- with one question on each emotion. He also enjoyed working on a coloring activity of creating each emotion spot and went over how we were feeling.

He is developing a command of the conventions of Standard English by using capitalization, punctuation, and correct spelling.

James is a very enthusiastic learner. Goals for the next term include increasing his confidence in his abilities and will be working on expanding upon written work with more details, building fluency, and reading chapter books. James should continue to do Lexia in summer at home. He should also continue his 20 minutes of nightly readings of books from the library or Epic in his summer vacation to strengthen his reading and comprehension skills to be ready for the challenges of 2nd grade next fall. He is reading at an average level for his grade; we do not want his reading level to lag from lack of practice during the weeks of summer.

## LE1 - History

History begins with the chronological study of prehistoric life using a series of timelines. This includes evolutionary development beginning with unicellular organisms and progressing all the way thru the complex biological development of humans. Pertinent history topics include the migration and life of the earliest peoples of North America (Native Americans) and events and historical figures in colonial America before the Revolution.

## LE1 - History Comments

In history, this semester, James studied the Paleozoic era and learned that life at that time flourished in the seas. He can describe the characteristics of the Cambrian, Ordovician, Silurian, Devonian, Carboniferous, and Permian periods. He learned that the Paleozoic era began with an unexplained explosion in animal life and ended with the world's largest mass extinction.

James read many biographies on historical figures and researched them. He enjoyed working on a calendar that gave him excellent exposure to important dates, days of the week, and months of the year. He also practiced telling time and made quarter-to and quarter-after clock books.

James is also able to compare and contrast changes in contemporary life with life in the past by looking at the fundamental needs of humans and how they were met throughout history.

James has memorized the Pledge of Allegiance and knows that it should be rendered by standing at attention facing the flag with the right hand over the heart. He knows that the Pledge is an expression of loyalty to the federal flag and the

republic of the United States of America.

# LE1 - Physical Science

Topics encompass states of matter, Earth formation, composition, geologic events, and the Earth's processes that lead to days, nights, years, seasons, climate, as well as ocean and wind currents.

## LE1 - Physical Science Comments

James can proficiently explain the water cycle, using vocabulary words such as water vapor, temperature, evaporation, condensation, humidity, and precipitation. James knows that precipitation can come in many forms, such as snow, sleet, hail, and rain. He was thrilled to learn that the water on the Earth is very old, and it is the same water the dinosaurs once drank! He also experimented with learning how to make rain indoors.

This semester James studied and researched Iowa, Missouri, Nebraska, South Dakota, and North Dakota. He drew and labeled their outline map with their capitals and water bodies. He colored all the flags and learned about state birds, reptiles, flowers, trees, etc.

James also learned about the countries of Germany, Columbia, and the United Kingdom. He enjoyed working on maps and flags. James also identified the major rivers and sports of these countries. He wrote a comprehensive research report detailing the population, resources, and popular foods of these countries.

## LE1 - Botany and Zoology

Students in lower elementary are provided with introductory lessons in physical science, zoology, and botany. Lessons include learning the process of the scientific method, the use of a microscope and multi-step experiments. This area begins with the simple classification of plants and animals. Lessons include identification of plants based on their structure, biomes, and ecosystem, internal and external functions, as well as reproduction. Classification of animals, both non-chordate and chordate are determined by their structure, body covering, movement, circulation, reproduction, and respiration. We further examine animals in the context of their habitat, life cycles, food chains and adaptations.

## LE1 - Botany and Zoology Comments

This year, James studied the phylum Chordata. He classified animals from the five classes (Pisces, Amphibia, Reptilia, Aves, and Mammalia). James can identify and label the parts of each class and differentiate them from another. He enjoys researching and writing reports on many animals and exploring their unique behaviors. He enthusiastically worked on several follow-ups for the study of the bat, with beautiful and creative charts to exhibit his work. He also learned about the parts of the bird and different bird's nests. James made a beautiful book with incredible illustrations and research reports about different colorful birds in this world.

In botany, James completed his study of different parts and functions of the leaf, seed, stem, roots, flower, and fruit. He learned that we eat different parts of the plant and made beautiful booklets. In experimental botany, James constructed a self-watering greenhouse environment for maintaining and observing radish seedlings. Using his mini-planters, he observed how seedlings develop in several hostile conditions and learned to record growth details.

# LE1 - Art

### Colored Pencil Self-Portrait

Students began their project by exploring the delicate drawings of Leonardo Da Vinci and his rules for achieving the correct proportions. His amazingly detailed examinations of life dissections and marvelous inventions catapulted him into fame during his own lifetime and for all time. As we further studied a wide assortment of portraits, the students were guided to visualize the shapes and recognizable forms associated with facial features. The students carefully observed a step-by-step tutorial of how to divide the face and place facial features using correct proportions (the rule of halves). Then the students were asked to create their own version of their face using the skills they just learned with the added help of a mirror to examine their unique details. An introduction to careful coloring techniques (little wiggles, curving around objects) along with colored pencil blending techniques and shading were used to finalize their self-portrait study. Concepts addressed in this unit included composition, line, form, value, light sources, proportion, and shape. Techniques for this project included careful observation, drawing techniques, colored pencil blending, and shading.

### Van Gogh Iris' Acrylic Painting

Students switched gears by studying the highly influential work of famed Impressionistic artist Vincent Van Gogh. We spoke about his life and the transformations his work took at different stages of inspiration. We focused on his much-admired still lives of irises. We studied Van Gogh's distinctive thick paint application, brushstroke techniques, and his carefully calculated use of contrasting bold colors. Students created several preliminary sketches to develop composition skills, and then applied only one layer of color per class period on their canvas board. New brush-loading and application techniques were utilized to further accentuate the bold style of Van Gogh. Our end results were

wonderfully colorful, Van Gogh-inspired iris paintings. Concepts addressed for this project were color, contrast, shape, line, and capturing light. The techniques included, color mixing, composition, paint layering, thick acrylic paint "dab" application, and "double loading" of the paintbrushes.

| PERSONAL AND SOCIAL GROWTH | P | A | IP |
|---|---|---|---|
| Follows school rules | ● | | |
| Respects adult authority | ● | | |
| Resolves peer conflicts independently | ● | | |
| Resolves peer conflicts without social disruption | ● | | |
| Accepts suggestions for improvement | | ● | |
| Perseveres in the face of possible failure | ● | | |
| Successfully manages leadership opportunities | ● | | |
| **WORK AND STUDY HABITS** | **P** | **A** | **IP** |
| Organizes time and materials | ● | | |
| Completes assignments in a timely manner | ● | | |
| Listens attentively during lessons | | ● | |
| Participates orally in teacher directed groups | ● | | |
| Follows oral lesson instructions | | ● | |
| Follows written lesson instructions | | ● | |
| Asks questions when unclear | ● | | |
| Works independently while keeping academic momentum | | ● | |
| Works with peers without distracting from the task at hand | | ● | |
| Demonstrates problem solving skills | | ● | |
| Full effort is given each class period | | ● | |
| Craftsmanship is neat and tidy | | ● | |
| Work meets high academic standards | | ● | |

## LE1 - Art Comments

As James warms up to the expectations of my art class, it will only benefit him to realize the important relationship between making art, studio citizenship, and the care and maintenance of art room materials, supplies, tools, and equipment. James makes some attempts to implement recently demonstrated drawing techniques into his work but often rushes through, missing the opportunities to fine-tune and develop his drawing and painting skills. He is working on careful listening, focus, and the ability to follow multi-step instructions which will help him get the most out of the lessons.

## LE1 - Athletics

This semester has been an exciting one of growth and challenges for our students. I enjoy working with them as they develop and hone their athletic skills.

**Teamwork:** Legendary UCLA basketball coach, John Wooden, often said, "There are three things vital to success in athletics: conditioning, fundamentals, and working together as a team." Because teamwork often proves the most elusive, we focus on encouraging students to motivate one another. By using drill groups and scoring students as a team, rather than as individuals, we help them understand their vested interest in each other; by setting goals and clearly communicating and maintaining standards, we develop self-discipline and demand the best effort from each athlete.

**Cardiovascular Conditioning:** Cardiovascular conditioning involves moderate to vigorous physical activity that results in an elevated heart rate for a sustained period of time. Regular cardiovascular exercise improves the efficiency of the functioning of the heart, lungs, and circulatory system.

**Strength Training:** The American Academy of Pediatrics advocates strength training for youngsters of every age when properly supervised for safety and technique. Strength training has many benefits including preventing injury; increasing strength, muscle mass, balance, stability, motor skills, aerobic/anaerobic capacity; and lowering body fat. When our young athletes are first introduced to resistance training, we use light loads and high repetition schemes (12-15 reps). We then increase the number of sets and exercises in the workout.

**Flexibility and Agility:** Students engage in flexibility exercises to prevent injury and increase performance. Agility is critical to many sports, particularly highly dynamic sports such as football, soccer, basketball, and volleyball. While competitive sports develop agility, we focus on specific agility training to develop smooth, efficient movement, as well as effective coordination when reacting to stimuli. *Visual focus* and *movement transitions* are our two primary areas of evaluation.

| TEAMWORK | P | A | IP |
|---|---|---|---|
| Articulates the elements of a successful team effort | ● | | |

|  | P | A | IP |
|---|---|---|---|
| Asks questions to clarify rules, processes, and goals | ● | | |
| Works towards the achievement of team goals | ● | | |
| Relies on the competence of others to achieve team goals | ● | | |
| Willingly accepts assigned role and responsibilities | ● | | |
| Assumes leadership without being overbearing | ● | | |
| Balances individual goals with team goals | ● | | |
| Appreciates and encourages both individual and team efforts | ● | | |
| Welcomes unforeseen obstacles and changes | ● | | |
| Creates innovative solutions to achieve success | ● | | |
| **CARDIOVASCULAR CONDITIONING** | **P** | **A** | **IP** |
| Runs 1/4 mile continuously | ● | | |
| Runs 1/2 mile continuously | ● | | |
| Runs 1 mile continuously | ● | | |
| Jumps rope for 10 seconds | ● | | |
| Jumps rope for 30 seconds | ● | | |
| Engages in relay and/or sprinting games | ● | | |
| Uses proper form when running | ● | | |
| Uses proper form when sprinting | ● | | |
| **STRENGTH TRAINING - STUDENTS PERFORM USING PROPER FORM** | **P** | **A** | **IP** |
| Chin-ups/pull-ups | ● | | |
| Crunches | ● | | |
| Unloaded squat: hands on head, squats until thighs are parallel with floor | ● | | |
| Standard push-up | ● | | |
| Unloaded walking lunge: hands on head | ● | | |
| Planks for 30 or more seconds | ● | | |
| Bear crawl | ● | | |
| **FLEXIBILITY - STUDENT PERFORMS THESE STRETCHES USING PROPER FORM:** | **P** | **A** | **IP** |
| Calf stretch | ● | | |
| Lower back stretch | ● | | |
| Shoulder blade stretch | ● | | |
| Quadriceps | ● | | |
| Hamstring stretches | ● | | |
| Elbow kicks | ● | | |
| **AGILITY - VISUAL FOCUS** | **P** | **A** | **IP** |
| Keeps head up and looks straight regardless of direction of movement | ● | | |
| Directs visual attention to opponents, teammates, or a ball in flight | ● | | |
| **AGILITY - MOVEMENT TRANSITIONS** | **P** | **A** | **IP** |
| Quickly changes direction initiated by changing visual focus | ● | | |
| Responds to seen, heard, or felt stimuli | ● | | |
| Changes direction while maintaining balance | ● | | |
| Exhibits body control and awareness | ● | | |
| Uses effective arm action while running, jumping and/or making directional changes | ● | | |
| Makes a rapid start | ● | | |
| Makes a direct, quick stop | ● | | |
| Makes direction change immediately upon spotting need | ● | | |

### LE1 - Athletics Comments

**Mile Run** Measuring heart/lung endurance by fastest time running the Mile. January:DNP May:10:25
**Shuttle Run** To measure speed and agility on a 30 foot area. January:DNP May:12.1
**Pull Ups** Measuring upper body strength/endurance by doing maximum amount of pull ups. January:DNP May:3
**Push Ups** Measuring upper body strength/endurance by maximum amount of push ups in a row. January:DNP May:17
**Curl Ups** Measuring abdominal strength/endurance, by number of curl ups in one minute. January:DNP May:35
**Sit and Reach** Measuring flexibility of lower back and hamstrings. January:DNP May:28cm

### LE1 - Music

In Lower Elementary, we focused on music history, performance, and singing. In January, LE students had a performance unit where students volunteered to perform in front of their class. Students were taught to overcome stage fright, speak well and clear in front of others, and how to pick a song that shows us off in a good way. In February we took a close look at folk music from Africa and how it has affected American music today. Once laying that groundwork we took a lot of time during Women's history month to explore as much music and as many female

inspirations as possible. We continued our cultural appreciation with songs from Ireland and now the focus has been on learning all the parts and sections of an orchestra. The Spring semester will end with an additional 'Performance' unit based on the excitement of the students from the previous time. Classes will start with a large group warmup consisting of sound, movement, rhythm, and singing silly songs. Students will continue to working hard through elements like stage nerves, articulation, focus, good audience behavior, and general presentation skills.

This season brought on many challenges but with very creative solutions, as well. It allowed us to truly spend time on a subject and explore it inside and out without the pressure of having to perform it. Students will leave this year with a newfound joy of singing, performing, and instrumentation.

BINDER009

| PERSONAL AND SOCIAL GROWTH | P | A | IP |
|---|---|---|---|
| Follows school rules | ● | | |
| Respects adult authority | ● | | |
| Resolves peer conflicts without social disruption | | ● | |
| Accepts suggestions for improvement | ● | | |
| Successfully manages leadership opportunities | ● | | |
| **WORK AND STUDY HABITS** | **P** | **A** | **IP** |
| Listens attentively during lessons | | ● | |
| Participates orally in teacher directed groups | ● | | |
| Follows oral lesson instructions | ● | | |
| Asks questions when unclear | ● | | |
| Works with peers without distracting from the task at hand | | ● | |
| Demonstrates problem solving skills | ● | | |
| Large group rehearsal etiquette | | ● | |
| Performance etiquette | ● | | |

## LE1 - Music Comments

James's transition to MMS has been mostly positive. He has a very consistent attitude, very little bothers him, and is generally a delightful student. He is easy to talk to and enjoys interacting between classes. At times, however, James's relationship with his classmates seems at odds and I find myself correcting him at each class for being distracting. While he enjoys singing and participates in class James will have to work harder on knowing when it's time to talk out loud and when it's time to listen to the instructions. Having said that, it's great he decided to take private voice lessons. I'm sure this will help put his creativity to good use. I look forward to working with James and learning more about him.

## LE1 - Spanish

Second only to Chinese, Spanish is the most spoken language globally, so it is no surprise that many students at MMS are eager to learn it. Along with making progress in our language acquisition this year, we also learned much more about the Spanish-speaking world.

Beginning with geography, children learned the names and geographical locations of the 21 Spanish-speaking countries proficiently enough to independently find and label them on maps of the world.

Building on their skills in the classification of animals, students studied the unique Spanish vocabulary associated with these countries' native biomes and amazing animals, writing reports describing chosen animals' weight, diet, predators, habitat, environment, and physical description. They also learned Spanish vocabulary associated with broader animal classification, such as mammals, reptiles, fish, birds, and amphibians. They learned the Spanish names of at least a few creatures in each category so they could create illustrated booklets.

Students made flashcards to learn the días de la semana, (days of the week), and useful situational phrases: Ayer fue (Yesterday was), Hoy es (Today is), and Mañana es (Tomorrow is).

Although a minor celebration in Mexico, the students made maracas while learning about the beloved holiday Cinco de Mayo, which memorializes Mexico's victory over France in the Battle of Puebla. They also made Guatemalan Worry Dolls while studying the Spanish vocabulary associated with emotions. These little dolls are made of wire and wool in Guatemala and then dressed in the traditional Mayan style using colorful textile leftovers.

Students truly enjoyed our journeys to Spanish-speaking lands this year, and we look forward to new adventures in August as we resume a new school year.

## LE1 - Spanish Comments

James is a pleasure to have in class. He participates greatly in class but needs frequent reminders to stay focused. He shows conscientious effort in learning Spanish and a great job in practicing his Spanish vocabulary.

## Private Music Lessons

Music is an essential component of the education program at Milwaukee Montessori School. The diligent study and

daily practice of a private instrument promotes discipline, creativity, and self-expression. It also works to further develop skills such as critical thinking and problem-solving. Additionally, this commitment encourages an individual's pursuit of excellence and sense of responsibility.

We are delighted that your child is benefiting from this opportunity by partaking in private lessons.

| PRIVATE LESSONS | P | A | IP |
|---|---|---|---|
| Is prepared with music folder and necessary books | ● | | |
| Displays focus and is engaged in the lesson | ● | | |
| Displays a positive attitude and effort | ● | | |
| Listens to and follows directions | ● | | |
| Understands rhythmic patterns and counting | ● | | |
| Displays sight reading and note identification skills | ● | | |
| Understands key signatures | ● | | |
| Understands time signatures | ● | | |
| Displays proper form and technique | ● | | |
| Displays memorization skills | ● | | |
| Displays an ability to identify mistakes | ● | | |
| Receives and integrates constructive criticism | ● | | |

## Private Music Lessons Comments

James hasn't had many lessons yet, but he seems to have a passion for singing. We been able to sing through several songs and work on controlling volume to match the song being sung. I look forward to working on more complex topics as we work together.

Julie Christensen, November 2, 2021
Written and dictated

Hi Monica,

Not sure you are still collecting information about James LaRoque but we did have him in Athletics this morning. He was doing just fine and then at my station where the kids were sprinting through the hula hoops to the cones, James decided to come back through the hoops when it was only going one way (and he knew this). He already went through the course and then suddenly turned around and decided to head back into the one-way course. He was being silly, thought it was funny and was knocking the hoops all over the floor. He thought it was so funny!  I mention this because the students were sprinting, through the hoops and to the cones, then to the end of the line to do it again. He started full speed through the loops **against the kids**. I stopped him quickly and said, "James, you can see, and you know that the course moves one way. You can hurt people by speeding right into them. Can you see what is happening here?" James did not answer, he didn't even say anything to me. I told him to get back in line and do the course the right way.

NOT funny at all. Please let me know if you need me to tell you this in person.

That was it for today.

Thank you,

BINDER012

**Ángela Gutiérrez**
November 3, 2021

to me

Buenos Días Monica,

JL´s mother spoke to me this morning as they both were walking up to the front of the school and needed to cut through the car line.

As I politely put my hand up for the cars to wait for them to cross she asked in what I thought was a jovial or jest tone, "Is there ever a lull?" So, I first responded with a laugh, "No." Then quickly followed it up with a more accurate response remembering what we experienced this morning, "Actually, it happens on and off some mornings earlier on but never towards the end." (Where it would be most helpful.) To which she responded as they walked onto the sidewalk, "Well, it sounds like you should start 5min earlier then." To which I responded being as polite and indifferent as possible, "Quizás. Maybe."

I shouldn't have said anything but didn't want to argue the matter so I passively agreed, thinking really?? She thinks SHE knows best about this too? After I kindly helped her cross traffic? I spoke to Karen about it because she asked what she said to me as she witnessed the conversation from her post and suggested I inform you as any interaction with her needs to be documented.

I was trying to match her energy, not thinking she was going to instruct us on what we could be doing better. I was quite shocked and annoyed by it all so early in the morning.

--

Señorita Ángela Gutiérrez

Children´s House & Lower Elementary Spanish Teacher

Milwaukee Montessori School

345 N. 95th St. Milwaukee, WI 53226

414.259.0370 ext.129

www.milwaukee-montessori.org

BINDER013

Observation Notes
Catherine Lee
October 14, 15
Thursday, Friday

Angela Notes 10/15

BINDER014



Observation Jones                     10/14/21.

9:45 gets up to pick up w/ walk what from
                                    Dept.

   Depth remind him to cover nose.

8:46 - Off to talking? from desk to ask for
        help Dept. Reminds him to continue
        to his desk.

8:48 -
        Reminds him to put away materials.
        - Tries to initiate conversation w/
          ... over in choosing
          to ... on top of ... in grid
          goes out to toilet & ... drink
          of water - Reminds other group
          too.

8:53    Observation ... paper - Drew on it
        Hands half - shows... room in 203
        Sits head down on stage ... desk room
        comes back in to seat - at work

8:55    Gets out grid ... write ... name
        gives other? + ... begin

BIN03E016

8:58 Robo has many minute until recess
9:00 Puts Material away after 3rd repeat
9:D2 · Jiggles leg as he works
9:03 - Hold up tog't work checked
        explains work to Dept
    Does a problem + then goes back to
    Dept.
    Asks about a different Queen
    goes to get a 3rd sheet of math
    Reviewing in line togt'l math worksheet
    Pack went over inside
    Cattle out again to Dept.
        Math - Stoli subtraction

P.M. Observation          10/15/21

1:40 - Will not to finish last three problem
        Corporate. Tackled Corporate.

1:42 - ...
        ...
        ...

1:45 - ...

1:45 - Hype never works to get computers to
        recess

1:45 - Ug told to pick up after work to con-
        forming. Picks different Dept.

1:47 - Hype to lose what in writing
        ...
        ...

1:48 - ...

BINDER017

1:50  jumpy head/phones around (still pacing jumping them)

1:51  logging into computer, gets the phone alert, something over to help first without them ... the computer to help

1:54  Offers student should away. Teacher helps him.

1:55  Leave the room with cotton — tries to give and help it, fill it ... back @ 1:59 — working it out! ::

2:02  Boy out in hall to check notes. 203 Teacher checks to see where he is

2:03  Puts water away and comes back to computer.

2:09  Lifts his shirt to compare muscle another student.

2:08  Teacher has to call him over to check his work.

2:10  Goes over to another table to see what he's doing ...

2:11  Puts head/phones away @ teacher request ...

2:12  Puts folder away

2:13  Puts other work in his drawer

2:14  Walks down to work ... gets ... put cap on. Gets up to stand in line.

2:  Whispers to the student ... Don't talk to him. He said "it's ..." Mr. morning?    $8 \times 7 = 56$    $7 \times 8 = 56$

2:22  Gets up to ask a question.

2:25  Sits back down to work. Leans to work for a while

2:29  Sits in group — puts together not start? I did it on whiteboard ... did it

2:35  Mr. looks out. Goes up to ...

is a discrete variable.

Student on discrete to go to the work.

12:52 I have a good story goes over & tells
S, friend about a thesis idea ?

12:53 Who Dept. S, go to the bathroom

12:59 Dept. goes out I, K,M,T, S, ask on
working on

1:00 Come back into classroom

4" Who Dept. ask to show OL obs
the explain issued
He also being I, is not helped OL
him no

S, ask to help and get resourced
zero

1:05 Dept. stops him to get story before
do moving papers ? who else keep
Who struggling what to he do who
only one Tha, S, if from
1:07 Dept to Hai, more figures.

goes back to pick up paper, sits up zero
1:05 Logo to Olf and Logo into chair of
about talk with 3 other students

1:07 Come to Dept to talk to ask for help

1:10 Dept sees Isaac and another student in
working on

A1 Sets up the whisper pencil
Return to table and it who to write to
on paper

1:13 Logo crosses Dept to sit - group for help
help goes to sit Dept to help pencil &
way I, he needs help

1:15 It is told help from Dept. onday work.
return to table
starts to work.

1:22 Dept ask him to finish his work. He does so

12:3 was back over by boys

hop up/leg it down
doorway scratch

goes together

probably woke about 1/2 actual
minute of the hour

---

Gross Observations          12:34    10/25/21

12:37    Alfano here - while group
         comes in the

         First (Alfano) a smile under his mask (smiling)

12:37    begot him to _____ from rug to track
         then ____ with it to the door

12:40    Raise hand into no else's and our
         question the kids asked.

12:42    He also and _____ patting on rug

12:45    Two sideways rug

12:47    Starts away from rug, gets out
         in the past talking to the _____ on a
         rug ring. He entures "Hey" lost and
         he parking ravelling how places in
         the facedown in the leg tooth a
         _____ to cover his f mouth to
         be low it goes time he risks to

BINDER020

**Spanish Teacher Angela Gutierrez**
**October 18, 2021**
**James is absent this day from school, teacher writes this sends to MVA**

Before at the beginning of the year, James was more isolated and when he was disruptive the class would be upset and say things like, "James, stop."

But now that James has escalated his behaviors he has become more disruptive. So now in class, he shouts out comments during lessons, bangs on the table to a beat or on the table legs instead of following our reading and pointing to the words that we are reading aloud, he will make beating sounds on the table or chair or table legs. Then suddenly there are two other boys who think it's funny and jump onto the same behavior. It happens so quickly, then I have to stop their group lesson and tell the boys that they need to be following along with us to learn the new vocabulary. Early in the year, other kids just watched him, but now he has a small band-wagon of kids who follow his lead.

Another behavior they copy is he makes a joke and gets others to laugh while is everyone is silent doing their reading. He starts talking aloud to the other children who then talk with him and laugh, and again, everyone is distracted. The majority of students want James to be quiet and they don't want the other little group to laugh and cackle with him. They look to me. The point is that I spend time, as do other students moving away from the lesson or the work, and focusing on James. He works hard to get others to focus their attention on him.

In the beginning, I would give him prompts to stop immediately, but then his behavior was so consistent and relentless. I would tell the students not to lean against the wall in our line, everyone moves away from the wall and James just looks at me and leans right back against the wall. I would say, stop with your pencil tapping and he would stop and then just start again. He would stand up in the middle of a lesson and I

BINDER021

remind him to sit down. Non-stop constant reminders, James, please do what everyone else is doing, what everyone else is asked to do. While being asked to read, he starts talking to another child about what his mom tells him, about "good brains and bad brains," and I say, "James, we will not talk about your mom, you have to go back to the reading. Let the student do his work."

Tuesday October 19

BINDER022

BINDER023

**Tuesday, October 19, 2021**
**Sarah Pearce 8:30 am**
**Written notes and dictated for clarity**

It appears that James was working on his math lesson before I arrived. He did not bother other children during my observation. But he didn't do himself any service. He accomplished very little work but again, managed not to bother other children. Mrs. Arora gave him a lot of positive reinforcement throughout the morning. It took him a long time to get the math done. He spent a lot of time dancing at his table, getting up from his seat, asking his teacher for steps of instruction and leaving the room. When he goes to ask his teacher for help he will always walk the longest route back to his seat.

8:31 am – Given assignment (sitting alone near Teacher)
8:32 am – Goes for check with Teacher
8:33 am – Back to work near Teacher
8:37 am – Up from work, walks out of the classroom to check hair in the hall mirror
8:38 am – Walks into room, back to his table to work
8:40 am – Gets up from his table. Approaches another student, unclear why
8:41 am – Goes back to his seat and back to work
8:42 am – Beads dropped on the floor by another student, James looks up and then goes back to work
8:44 am – Lines up by teacher to show her his finished work. Teacher says, "good job" and checks his work. She says he has 8 corrections and gives him 7 minutes to correct them.
8:46 am – Walks to his table and goes back to work
8:49 am – Gets up again, goes to teacher for help
8:50 am – Back to work
8:51 am – Banging pencil rhythmically on his table, gets up from work and walks out to the hallway to his backpack to get a new mask
8:55 am – Teacher gets up from her work to find him, sends him back into the room. As he walks away she calls him back to the hallway to pick up his used mask that he left on the floor.
8:56 am – Back at work, standing and working
8:58 am – Sits down and puts his head on the table while he is working

BINDER024

9:00 am  –Gets up and walks to the teacher to check his work. She says that he did not complete his corrections, he still has several more to complete. While speaking to him James walks away from his teacher. Teacher calls him back and talks about not getting his problems corrected. Teacher gives him another 5 minutes to finish corrections.

9:03 am – James is up and down in his seat; he checks the clock

9:05 am – Back to work

9:07 am – James gets up again and stands in line for his teacher.  Another student cuts in front of James, then James gets help from his teacher to solve the problem

9:09 am – Teacher checks to see that James has completed his work.  James moves on to reading comprehension cards.

9:10 am – James goes to find his reading work but, takes all the comprehension cards out of box.

9:17 am – Stands at a table after taking a long time trying to find his reading comprehension card, his teacher gets up to help him and ends up finding it for him.

9:18 am – James at his table working, looks around back to work reading the assigned passage.


**October 19, 2021**
**Lizz Loder Observation 9:25**
**Written notes and dictation for clarity**

9:25 am – Begins reading comprehension card. Gets in line to have work checked

9:29 Mrs. Arora asked James to do one more passage, she asked him to move on to the next card so that he can complete two reading assignments.

9:31 Starts to walk the long route back to his seat. He reads while he is walking and then stops, stands and then reads some more. He stops reading and then leans over from the back of another child and puts his face directly into her face while she is working in her seat. *She chooses to ignore him entirely* and he walks away with his work. (The assumption here is that this has happened

BINDER025

before because the physical act is so unusual. And the way she didn't even respond, or say stop it, or push him away.) He walks away.

9:33 Stands at his desk

9:34 Walks away from his seat, goes to get a cap eraser, plays with the erasers, rips some of the erasers, and stuffs the small pieces into other eraser caps (which prevents them from fitting onto a pencil head).

9:35 Walks to where his teacher is giving a lesson. Stands behind the teacher, she's startled, reminds him where to stand (in front of her) when he needs help. But he does not have his work with him, he does not need help. Goes back to his seat.

9:36 Stands then kneels on his chair
9:39 Sits and reads
9:40 Leaves his seat, stands up to look out the window
9:41 Sits down bounces his leg, taps his pencil on table
9:43 Gets up from his seat to talks to Mrs. Arora, she answers his question and sends him back

9:45 Gets up to get work checked, stands beside Teacher and directs him to get in line. Then he stands beside a classmate but keeps scooting and stepping into her until he is right in her personal space. She looked at him, gave him a warning look and took a step away from him.

9:47 Teacher explains how to put the title on the work and proper capitalization. Compliments James on job well done so far.

9:49 - Gives James his next assignment which is an SRA reading booklet. He knows what to do. Along the way back to his table he stops at another child's workspace.

9:51 am - Wanders around, messes around in his drawer, takes some work out, then the bell rings. Does not look at Teacher as he is speaking. Teacher reminds him to look at him and give attention when the bell rings.

BINDER026

9:53 am - Now he is sitting on the floor drawing on the cover of a work folder from his drawer.

9:55 am - Talking with a classmate, says, "This is the SRA mascot" as he draws.

9:56 am - Teacher reminds him that he has to get back to work.

9:57 am - Leaves room to check hair, standing in front of the hallway mirror, adjusting his hair

9:58 am - Did NOT follow the procedure for using the bathroom; just walked out of the room and didn't move his name on the board. Came back.

10:03 am - James goes back out to the hall, applies lip balm, wanders away down the hallway again. Teacher left the room to retrieve him. Comes back, walks past Mrs. Arora as she speaks, "What should you be doing?" He walks in circles and does not answer her. She directs him back to his table.

10:06 am - Sitting at his table but still has not gotten the SRA card that he was directed to start at 9:49

10:08 am - Gets up again. Asks Mrs. Arora how many minutes until gym. She reminds that Mr. A just told everyone.

10:10 am - Tidies up, wanders around, spins empty teacher chair, returns to his table, for dismissal to gym, plays with his pencil.

10:14 am - Dismissed, stops to ask Mrs. Arora if she watched some television show or film.

10:15 am - Hallway prepping for gym, ready but walks in a very silly way all the way to the end of the line. Comes back to the front of the line where his spot is and then starts dancing and jumping, Mrs. A reminds him how to stand in line.

Between 8:15 and 10:15 he was given two math pages and did not complete them with corrections, one short reading passage (with five questions) and two SRA reading booklets neither of which he began. James is so highly distractible by the environment, needs multiple prompts, and has difficulty focusing so that he can complete grade level work.

## Athletics Class: Jon Mohr Julie Christensen Notes
**10/19/21**
**10:15 – 11:15**

James came into class much different than normal. James was focused and stood in line order without distractions. This was much different than normal, his normal activity is to run in the gym and spin in circles not standing in line order and he is typically a big distraction to others. We did a team building activity that involved many tools that could have normally been an opportunity for James to lose his focus. On this day James was a good teammate. He listened well and was a good member of his team. This behavior is different than normal and we would like to see more of this from him.

## Spanish Class Angela Gutierez
**Notes**
**10/19/21**
**2:15 – 3:15**

While waiting in line for class to start James was quiet and respectful of the greetings going on with his classmates. He respectfully came up to me during the first activity in class, reading syllables aloud from a lyric sheet. He asked how a word was pronounced and I told him. He repeated it back perfectly to which I gave praise. He then quietly walked back to his seat.

At times he would get off task and lose track of the lyrics with his pencil but would jump right back in again with the others at the right point in the song. James had a loud outburst during a more vocal and exciting activity in class, where his voice was raised significantly louder than the other children in class. I reminded him that that was not the appropriate volume to have and he immediately acknowledged and corrected the behavior.

Eventually, James edged himself too close to another classmate, and started getting silly and loud during our vocal activity. I reminded him of respecting our friend's space especially and that we didn't need the louder volume. He seemed to understand and again correct his behavior.

BINDER028

Before class ended he became overly excited and threw his body onto the floor to which I reminded him to keep his body upright like the others in class. He understood and did not repeat that action during the rest of the activity.

A lot of his behaviors today are interestingly MUCH better than typical previous classes. Especially recently where he has been most challenging. Perhaps he is being coached at home to improve so he can stay? IDK His behavior was significantly improved today. Usually waiting quietly in line at the beginning is the hardest thing for him to do and many corrections are needed before class even starts.

Name _James_  Date _October 19, 2021_

BINDER029

10 minutes

$9 + 3 + 5 = \underline{17}$    $7 + 3 + 5 = \underline{15}$

$4 + 5 + 6 = \underline{15}$    $2 + 5 + 1 = \underline{8}$

$5 + 2 + 6 = \underline{13}$    $2 + 7 + 5 = \underline{14}$

$6 + 5 + 8 = \underline{19}$    $2 + 4 + 6 = \underline{12}$

$6 + 6 + 2 = \underline{14}$    $2 + 3 + 1 = \underline{6}$

$3 + 9 + 9 = \underline{21}$    $2 + 6 + 3 = \underline{11}$

Name _Jomes_    Date _October 19, 2021_

BINDER030

How much is 10 more than 23?  33

How much is 10 less than 16?  6

How much is 10 less than 39?  29

How much is 10 less than 51?  41

How much is 10 more than 97?  107

How much is 10 less than 74?  64

How much is 10 more than 52?  62

How much is 10 more than 21?  30

How much is 10 less than 29?  19

How much is 10 more than 80?  90

How much is 10 more than 19?  29

How much is 10 less than 34?  24

How much is 10 more than 93?  103

How much is 10 more than 27?  37

How much is 10 more than 68?  78

got 8 wro
another 7 minut
to fix them

took 20
mins to fix

4 more
wrong

started at 8:30
finished page
at 9:15

Took 45 minutes
Should take 15
minutes to
complete - with
corrections

TheMathWorksheetSite.com

Name Jones          Date October 19, 2021

He didn't do it

```
   860        168        492        371
+  138     +  112     +  101     +  310


   265        170        376        517
+  631     +  717     +  611     +  186


   341        452        456        476
+  409     +  182     +  508     +  303


   492        306        362        208
+  479     +  598     +  331     +  725


   236        299        581        191
+  463     +  638     +  298     +  292
```

BINDER032

## Tues. 8:30

~~Oceee~~ in the hall putting on chapstick

8:31 - given assign (sitting alone near T)

8:32 - goes for check with T

8:33 - back at work near teacher

8:37 - up from work walks out
　　　 to check hair in hall mirror

8:38 - back to work

8:40 - approaches another student
　　　 for help?

　8:41 - then back to work

8:42 - beads dropped on floor
　　　 by another student
　　　 J looks then back to work
　　　　　　　　　　　　　　 finished!
8:44 - lines up by T to show ^work
　　　　 T says "good job" checks work
　　　　　 has 8 corrections given 7 mins.
8:46 - back to work  to correct
8:49 - goes to T for help
8:50 - back to work

BINDER033

8:51 - banging pencil
    up from work walks out to
       backpack gets new mask

8:55 - T sends J back in to room
    T sends back to pick up used
      mask from floor

8:56 - J back at work standing +
      working

8:58 - head on table working

9:00 - up to T for checking
    still corrections to do ——— T calls
    walks away from T. J talks back
     about not getting problems right
  J given 5 mins. to finish

9:03 - J up + down checks clock

9:05 - back to work

9:07 - in line for T
    student cuts infront J gets
     help from T to solve problem

9:09 - T checks work finished
    moves on to reading comprehension

9:10 - J goes to find cards work
    takes all cards out of box
     Kareem gets involved

9:17 4 students at table, after taking a long time finding his reading comp card Milt does it for him

9:18 at his table working, looks around, back to work reading assigned passage

9:25 begins reading comp. questions, finished, gets in line to have work checked

⇒ Could 7 map this to child's IEP + FBA? do one more passage — teacher can't until Milt one needed, moves on to next

9:31 stops mid-work to read along the way, lays on worn of another child

9:33 Stands at his desk, 9:34 away, goes to get an asp answer, plays w/ erasers w/o stopping

9:35 stands behind teacher who's startled, reminds him where to go if he needs help

4 press inside one another

9:37 stands/kneels on his chair

9:39 sits, continues to read

9:40 stands to look out the
windows 9:41 Back to work

Bounces leg, taps pencil on
table

9:43 talks to teacher, she
answers his question almost
him back

9:45 goes to get work checked,
stands beside rather than
behind classmate getting right
in her personal space

9:47 teacher explains how
to puts title on work and
proper capitalization (compliment
on job well done 9:46 lines

next assignment along the
way stops another child's
workspace 9:51 Wandered around,
misses around in his drawer)
(gets some work out first Bell rings
Does not look at M.A as he is
speaking, teacher reminds him
to look/girl attention.

BINDER035

9:53 Continues sitting on
the floor drawing on cover
of work from his drawer
Rather than doing SRA as
assigned

stu is to the folder he needs but
starts it 9:55 talking w/ a
classmate says "this is the
SRA packet" as he draws 9:56

J reminds him to get back to
work 9:57 Jewels seems to
check he has pencil/pen in
front of him/his/being drawer,
adjusting his hair 9:58 Teacher
reminds him of procedure for
leaving room/walks away as
she talks. 9:59 Follows procedure
for using the bathroom 10:03 Back
but to the hall, applies lip balm
wanders away again, comes
back, walks past teacher as re-
speaks Ms. ___ asks "what
should you be doing" looking

BINDER036

at hunts as he walks in
circles 10:06 sitting at his
table but still has not
gotten the SRA card sheet
he was directed to start at 9:49
10:08 Asks teacher how many
minutes until gym. Reminded
that Mr. A just told everyone
10:10 tries up, wanders around
spins empty teacher chair
returns to his table for
- dismissed to gym, plays w/his
pencil
- 9:14 ⓐ removed, stops to ask
Mrs. M if she watched
10:15 hallway prepping for
gym, ready that walks in
a very silly way, starts
waving to kids lit, comes
back starts dancing/jumping
Mrs. A reminds him from be
stand in behind

BINDER037

BINDER038

Mrs. A "can you remind ember

reading folder procedures?
I was able to do so

- 2 Math Sheets – 1 SRA Sheets

- By a first grade striated
completed the following

Wednesday, October 20

BINDER039

BINDER040

**Observations – Lizz Loder**
**Wednesday, Oct. 20, 2021**

9:30   Back in class after starting sugar skull with Miss Pearce. James is working on a reading comprehension card.

9:35   Mrs. A. reminds him that he has 3 minutes left to complete his reading comprehension card. She reminds James that at this time that he has only completed one of the two cards that he was expected to finish in the allotted time that she gave to him. This is a quick assignment and should take him no more than five minutes.

She reminds him that he has enough time in the morning, once he is done with the comprehension card, to work on his botany lesson follow-up work and an SRA reading comprehension lesson.

9:38   James asks the teacher how many minutes until lunch and recess. She says that she does not look at the clock all day. She then tells James to put his reading comprehension card away. James replies "which card?"
"The one in your hand," she replies.
He puts it away, walks through the room, stops behind a classmate who is focused on her work, bends around until his face is right in front of hers, she gives him a frustrated look but says nothing. (He has done this multiple times, on other days, mostly to girls, their bored response is not to give him more attention for his intrusiveness. Some girls ignore him, and others tell him to go away.)

9:42   Not doing SRA as instructed but drawing on the folder as he did yesterday.

9:45   I am called away.

10:16  James returns from the hallway (unsure where he was). Resumes working on reading an SRA.  Mrs. Keuler comes to the room to deposit a few children. James gets up, leaves his work,
        Goes to talk to Mrs. A. Then he says, "Oh, I remember, there's a mirror."
        He walks back to his desk loudly, singing, "Mirror, mirror, mirror." He

sits down, then gets up and takes his work out to the hallway mirror. He is in the hallway for a few minutes, looking at himself in the mirror. When he returns, Mrs. A. reminds him to leave his work in the room, even if directions say look in the mirror. Is in the hall for a few minutes.

10:20 Goes back to his table. James is flapping the SRA card around, squinches his face at Mrs. A., who asks why he is squishing his face at her. James replies, "I'm making spy faces." He gets up again and goes into the hallway to look in the mirror.

10:25 Mrs. A. rings the bell, gets class attention. James continues to move his body- dancing around, waving his arms. Mrs. A. asks him what the procedure is for when the bell rings. James replies "Stand still"
Mrs. A. "Are you standing still?"
James replied, "No."
Mrs. A. "Why not?"
James "Because I like doing this."
Mrs. A. then has Mr. Flood supervise clean-up so we can discuss work progress during the morning work period.

Notes from discussion with teacher:
- Work expectations for second grade children for the morning of Oct. 20, 2021
    - 3 pages of math
    - 2 comprehension cards
    - 2 SRA cards
    - 2 pages of research work from their yellow folder
- Work completed
    - Math:
        - 1 page completed w/help from Mrs. A.
        - Another page was partially completed, after significant help. Completed 10 problems in 30 minutes, specifically, two pages of 3 started. 1 completed
    - Comprehension cards:
        - 1 complete with two out of five answers correct
    - SRA Cards:

- 1 completed in 40 minutes (takes ten minutes normally for a second grade student)
- Yellow Folder
    - Not started
- J said research is for the afternoon, Mrs. A points out a number of classmates who have completed morning work and have started their research and lesson follow-up work.

**Jane Keuler Observation Notes October 20, 2021**

1:50PM – circling verbs in a paragraph: James was slowly finishing this paper, and while working on it, he kept going from a sitting position to one of sitting on his feet on the chair. He got up without asking during this work period to look at the Day of the Dead display that Miss Pearce was putting out. I asked him to come back to the table to complete his work, I asked again. Finally, I had to get up and direct him and bring him back to his seat to work.

2:20PM – he made corrections on his "How to..." paper. I noticed that while he's writing, he starts out with smaller letters, and then, they suddenly become larger and then, smaller again. When I ask him to make edits, he doesn't correct the mistakes on his paper even though I give him the correct spelling on the side for him to copy.

At end of class, he proceeded to run to the door and did not stop when I cautioned him to stop.

BINDER043

## Comprehension Card

Name _James_

Set _1_

Title of the Story _Winter_

October 20
gave 20 min. to do
2 cards took 25 and
only finished 1 after
reminders

1. _e_    2. _e_    3. _b_

Score _2_

## Comprehension Card

October 20, 2021

Name _James_

Set _1_                    Card Number _9_

Title of the Story _____

1.____   2.____   3.____   4.____   5.____

Score____

Did not complete

Name _James_    Date _October 20, 2021_
_20 mins._

Compare each pair of expressions.
Write the correct comparison symbol (>, < or =) in each circle.

$(7 \times 2)$ ◯< $(5 \times 3)$        $(3 \times 6)$ ◯ $(4 \times 4)$
14    15

$(1 \times 5)$ ◯> $(2 \times 3)$        $(6 \times 7)$ ◯ $(5 \times 8)$
10    6

$(8 \times 5)$ ◯> $(6 \times 7)$        $(5 \times 9)$ ◯ $(6 \times 7)$
40     36

$(4 \times 8)$ ◯> $(5 \times 6)$        $(8 \times 2)$ ◯ $(3 \times 5)$
32     30

$(5 \times 3)$ ◯> $(2 \times 7)$        $(2 \times 7)$ ◯ $(3 \times 4)$

$(6 \times 1)$ ◯> $(3 \times 2)$        $(3 \times 2)$ ◯ $(6 \times 1)$

$(6 \times 1)$ ◯= $(2 \times 3)$        $(5 \times 1)$ ◯ $(2 \times 2)$

$(7 \times 3)$ ◯> $(5 \times 4)$        $(9 \times 2)$ ◯ $(3 \times 6)$

$(1 \times 7)$ ◯> $(4 \times 2)$        $(6 \times 5)$ ◯ $(4 \times 8)$

$(5 \times 8)$ ◯> $(6 \times 6)$        $(3 \times 4)$ ◯ $(6 \times 2)$



october 20, 2021    10 mins

# EXERCISE 4

1. Mrs. Chen made 45 buns.
   She sold 31 of them.
   How many buns did she have left?



$$45 - 31 =$$



She had _____14_____ buns left.

2. Jill bought 24 green apples and 37 red apples.
   How many more red apples than green apples
   did she buy?



37 - 24/3



She bought ___13___ more red apples than
green apples.

3. Ryan is 23 years old.
   He is 24 years younger than his father.
   How old is his father?





His father is _____ years old.

Unit 2: Addition and Subtraction

4.



book — Folktales $32

watch — $15

doll — $11

train set — $23

pen — $2

Add or subtract.
Use the chart to help you.

(a) Ben bought the book and pen.

He spent $_____.

(b) The train set cost $_____ more than the doll.

(c) David had $86.
He bought the watch.
He had $_____ left.



*Did not complete*

(d) Ben had $30.
He wanted to buy the book.
He needed $_____ more.

Name _James_  Date _October 20, 2021_

## CIRCLE THE NOUNS

(Nature) has many (kinds) of (creatures,) (plants,) (water) and many

other (kinds) of (life.) (Everyone) loves (animals) and there are so many

(kinds) or (species) of them. (Birds) are such a wonderful (species)

because their (feathers) are so beautifully colored. (Fish) are very

colorful, too, and they live in all (types) of (water,) (streams,) (seas,)

(oceans,) (lakes) and even fish (bowls) or (aquariums.) (Reptiles) are very

attractive and can remind us of the (Jurassic Period.) (Amphibians)

are also very colorful, especially the poisonous (kind.)

Friday October 22, 2021
Lizz Loder Observation

BINDER048

BINDER049

**Friday, October 22, 2021**
**Lizz Loder Observation Notes, dictation for clarity - Lizz Loder**

8:32   James is sitting at a single table, he gets in line to have his work checked-

> bouncing, tapping his head with his fingers, stamping, and kicking his feet making sounds.
> Mrs. A. rings the bell, James keeps moving. Mrs. A. asks if he remembers what the bell means "stop, look, listen" says James. "Then stop moving your body." Teacher made announcement to the class.  Mrs. A. tells everyone to complete math before 9:15 AM gym.

James is now standing next to her, she reviews the progress of his math work, then sends him back to make corrections.

8:39   James gets up, tries to put a hat from the Albania unit shelf on a classmate. Another child approaches James and says, "Don't play with the hat, it's mine for presentation." The child takes the traditional hat and puts it on himself. James returns to his table to work. The other child takes the hat and puts it back into the display.

8:43   James returns to Mrs. A. to get work checked. She gives him a third page and 20 minutes to complete it. She reminds him that he has done this type of work before, quickly reviews the process, and sends him off.

8:48   Still at his table working on 4-digit, column addition with exchanging.

8:53   Plays with hair, bounces feet, looks around the room, gets up, unclear why, walks about.

8:55   Sits down, back to work.

8:56   Leaves to talk with classmates at another table. Mrs. A. reminds him to return to work.

BINDER050

9:00  In line to have work checked. Mrs. A. reminds him to use commas with large numbers. He goes back to his table, makes corrections, and returns. Mrs. A goes over the work with him, asks him to stop tapping his pencil on the table. He twists and turns as he waits, does not stop even when asked to do so. Math complete, Mrs. A. asks if he knows what comes next and he does, but there is no time to do his next work.

9:08  Mrs. A. rings the bell, tells everyone to clean up and get ready for gym. Instead of tidying his work area, James walks to another table, then to a shelf, touches materials, dances around. Goes to talk with Mrs. A. She asks him to remind her of the expectations at this time. He does and returns to his seat to tidy up.

9:12  James is dismissed to get ready for gym. Does not have his gym shoes.

Notes from a conversation with Mrs. A.
- James accomplished all his math work correctly in the allocated time today.
- Tried to talk with her about Halloween but she reminded him that they don't talk about Halloween at school. James continued asking if they did something special.

Jane Keuler Observation Friday, October 22, 2021
**Notes from Observing in the classroom and then in her writing workshop lesson**

### Mrs. Arora's Classroom
**12:15PM:** James was in a Show and Tell group as I entered the classroom. He was sharing something called: Pop-Its.

**12:20PM:**
When he returned to the rug, he started to make different kinds of hand signals in front of the girl who sat next to him. He was doing them in front of her face. She was visibly annoyed. She did not even say anything. Just ignored him, looked at him.

BINDER051

**12:40PM:**
He started making squinting faces and swinging his arms on the rug while others are listening attentively to the presentation. He is on his knees swinging his arms. The teacher stops presenting student, asks James to sit down, stop swinging his arms.

**12:45PM:**
James is back on his knees and started swinging his arms in the group. Students are dismissed to their work, I take the second-grade group to their writing lesson.

### Language class with me
**1:00PM:**
We were ready to take our spelling quiz and he kept the class waiting while he rummaged for a pencil and eraser.

**1:10PM:**
While working, he stood up and then sat down again multiple times. James became distracted by Spanish class in the hall by our door. A Spanish video was being shown on the wall out there. He went by the window on the door and peered out at the video and didn't listen when I asked him to sit down and come back to work. I had to repeat that he needed to go back to work. Eventually I had to leave my lesson and get him and walk him back to the table.

**1:20PM:**
James started singing loudly and I had to caution him to stop, but he continued singing and did so a little louder. Obviously, he is distracting his classmates, I again ask him to stop and he finally does.

**1:25-1:40PM:**
I was giving a lesson on the three kinds of sentences, and while doing so, James started poking the knee of the girl next to him with his pencil. Again, he is disrupting the lesson because the girl was becoming annoyed, and I had to ask him to stop because he was not listening to her.

BINDER052

**Comprehension Card**

October 22, 2021

Name _Teresa_

Set _13_                    Card Number _13_

Title of the Story _Family Dinners_

1. _c_   2. _a_   3. _a_   4. _a_   5. _b_

Score _4_

Name _James_   Date _October 22, 2024_

20 mins.

```
  4316      2336      2873      6163      1590
+ 1879    + 1735    + 6838    + 1288    + 2382
 6,195     4,071     9,711     7,451    3,972
```

```
  1895      1372      1345      1316      6068
+ 7050    + 4266    + 1868    + 3740    + 3111
 8,945     5,638     3,213     5056     9,179
```

```
  2293      3141      6450      6716      8598
+ 5343    + 4471    + 2845    + 1600    + 1234
 7,636     7,612     9,295     8,316     9,832
```

```
  1676      1196      1969      3478      5734
+ 6330    + 4745    + 6201    + 2542    + 2824
 8,006     5,941     8,170     6,020     8,558
```

name: James    date: October 22, 202
October 22, 202

3. Add.

| | | |
|---|---|---|
| 501<br>+ 97<br>598 | 384<br>+ 12<br>396 | 730<br>+ 57<br>787 |
| **A** | **C** | **E** |
| 165<br>+ 24<br>189 | 810<br>+ 46<br>856 | 422<br>+ 73<br>495 |
| **H** | **M** | **N** |
| 601<br>+ 54<br>655 | 746<br>+ 43<br>789 | 941<br>+ 30<br>971 |
| **O** | **R** | **T** |

## What did one wall say to the other wall?

Write the letters in the boxes below to find out.

| M | E | E | T |
|---|---|---|---|
| 856 | 787 | 787 | 971 |

| M | E |
|---|---|
| 856 | 787 |

| A | T |
|---|---|
| 598 | 971 |

| T | H | E |
|---|---|---|
| 971 | 189 | 787 |

| C | O | R | N | E | R |
|---|---|---|---|---|---|
| 396 | 655 | 789 | 495 | 787 | 789 |

BINDER055

Name _Jones_ ___ Date _____

| Singular | Plural | Singular | Plural |
|----------|--------|----------|--------|
| bird | birds | cloud | clouds |
| cat | cats | folder | folders |
| stove | stoves | game | games |
| shoe | shoes | ball | balls |
| table | tables | football | footballs |
| fish | fish | shirt | shirts |
| moose | moose | goal | goals |
| car | cars | mouse | mice |
| tree | trees | pin | pins |
| flower | flowers | chair | chairs |
| hammer | hammers | stem | stems |
| nail | nails | apple | apples |
| tomato | tomatoes | orange | oranges |
| potato | potatoes | banana | bananas |
| star | stars | bed | beds |
| auto | autos | blanket | blankets |
| paper | papers | animal | animals |

BINDER056

'32 ↓ is sitting at a single table, he
gets in line to have his work checked-
bouncing, tapping his head, kicking
his feet. Mrs. A. rings the bell, ↓ keeps
moving. Mrs A asks if he remembers
what the bell means "Stop, look, and listen"
says ↓. "Then stop moving your body."
She corrects work with ↓, then sends
him back to make corrections. Mrs. A
tells everyone to complete math before
9:15 gym.

8:39  ↓ gets up, tries to put ~~on~~ a hat from
the unit shelf on a classmate, another
child chides him then joins in
putting the hat on himself. ↓ returns
to work

8:43  ↓ returns to Mrs. A to get work
checked. She gives him a third page
and 20 minutes to complete it. She
reminds him that he has done
this type of work before, quickly
reviews process and sends him off

8:48  still at his table working on
4-digit, column addition with exchanging

8:53  plays with hair, bounces feet, looks
around the room, gets

BINDER057

8:55 Sits down, back to work

8:56 Leaves to talk with classmates at another table. Mrs A reminds him to return to work

9:00 In line to have work checked. Mrs. A reminds him to use commas with large numbers, he corrects his work and returns. Mrs. A goes over work with him, asks him to stop tapping his pencil on the table. He twists and turns as he waits, does not stop even when asked to do so. Math complete, Mrs. A asks if he knows what comes next and he does, but there is not time to do his next work.

9:08 Mrs. A rings the bell, tells everyone to clean up for gym. A goes to another table, then to a shelf, touches materials, dances around. Goes to talk with Mrs. A. She asks him to remind her of the expectations at this time. He does and returns to his seat.

BINDER058

9:12 ↓ is dismissed to get ready for gym. Does not have his gym shoes.

Notes from conversation with Mrs. A

- ↓ accomplished all his math work correctly in the alloted time today
- Tried to talk with her about Halloween but she reminded him that they don't talk about Halloween at school, ↓ continued asking if they do something special.

Monday October 25

BINDER059

BINDER060

October 25, 2021

## 8:00 Morning Arrival Alex Flood
### Dictated

James comes in and needs reminders to change his shoes and bring his reading folder into class. I asked him to take his hat off twice – said we can't wear hats in the classroom. James says, "My cousin wears them in high school!" James this is not High School, no one wears a hat in the classroom, I have to ask you again to take it off.

He tried to go into the room, and I reminded him that he had to change his shoes and bring his reading folder inside -- as all students do every day. I have to remind him every day that this is what he needs to do.

Once he has done these things, he walks into the room and starts to sing the song, "I wanna rock and roll all night and party every day." He is loud, and Mrs. Arora asks him not to sing at the top of his lungs in class. He says, "OK, I will sing it in music class!" Mrs. A reminds him not to sing in class and that he would not be able to sing loudly in music class either.

## 8:15– 8:43 Classwork Mathematics Deepti Arora
### Notes and meeting with details dictated

8:10 James came into the room dancing swinging his body everywhere, and singing loudly, "I wanna rock and roll and party all night."
I asked him why are you singing and dancing in the room? You need to stop, and he responded saying, "It's not a song it's rock."
I told him that this was a classroom and a time to get ready to work and that he should not be dancing and singing. He said, "Yeh, but it's fun." I said, "James, you are here to start your schoolwork. Please do not sing as everyone has started working." He responded, saying, "So you are telling me not to have fun!" I repeated that this is our classroom and a work time, and he retorted, "So you are saying working is not fun!" I

BINDER061

said, "James, I want you to work on your mathematics and focus to get the problems complete." He said, "I feel like dancing and singing!"

I then gave him his math work and walked him to a table. I told him that he had 15 minutes to complete the problems, and I gave him a review lesson. These were simple addition problems that any second-grade child in our room could complete with ease. I checked in with him after 15 minutes, then gave him another five minutes, helped him some more, and then gave him another ten minutes. Each time he said, "This is hard, this is so hard," so each time, I explained again what he was to do. At the bottom of the math page (p 40), he had to color in the squares that contained the answers to his nine addition problems. I told him, "Here, it says you need to color in the numbers that are the correct answers to your problems. So now you find the numbers and color them, and then you will see a trail. He kept arguing, "Is the path this way? Is the path that way? But he was not even trying to color the numbers. Then he stood up and started singing and dancing again. I asked, "Why are you singing and dancing again? We just talked about this – you need to work on your math." He said, "I need to plan what music we are going to sing for our band!" In the end, it took him close to 40 minutes to complete page 40; he did not even use a colored pencil to color the numbers as directed. This is a sheet that any second-grade student completes in 15 minutes easily.

10:20 To refocus James when he returned from writing class and music, I gave him a mini-lesson to review simple and dynamic subtraction. I reviewed and showed him how to use the Stamp Game so that he could lay out the numbers and exchange using the material for dynamic subtraction. He said, "I can do this. I don't need the material." I said that the material was available for him when he needed it for the dynamic problems, but he refused to use the material. I again told him that in order for him to get the problems correctly completed, he would need the Stamp Game. So I left him with the felt mat, the box and even showed him the problems where he would need to use the material.

BINDER062

When I checked in with him at the 15 minute time period all of the first few problems were incorrect. He added and subtracted in the same problem, added where he was to subtract, so I helped him use the Stamp Game and went through a problem with him. He went on to the next problem independently, where he added again. Then I came back and again showed him that this was a time to subtract. He had to take away from the number and not add to it. I also realized that he had to move on and do some reading work, so I asked him to put away the math for the day. He completed very little.

10: 50 Next, I gave him some Reading Comprehension work. His reading work goes faster but here, too he answered much of the prompts incorrectly or in the wrong places. Had someone been next to him for the entire work, perhaps they would have been able to say, "These are the words you have to write down here on this space," but he writes too many words, the wrong words, and it takes me time to figure out what he was trying to do. I think he wrote all of the rhyming words instead of the answers.

### 8:45 Writing and Spelling Class Jane Keuler
### Written notes and dictated to fill in the information
8:50 Went to his folder at the table; he is supposed to practice writing his spelling words -- there were five words, and he was expected to write them down on the given piece of paper. This would take less than five minutes. Instead, he sat on his feet, got up from the table, went to Miss Pearce's Halloween objects on her bookshelves, and started touching them. I had to call him back to his seat, and he did not respond. I got up and walked to him and directed him back to his seat, next to everyone else, and asked him to write his new spelling words. He never wrote words at all. He wiggled in his chair and repeatedly tried to talk to the students next to him, who told him to stop talking and to write his words.

BINDER063

8:55 He was given a paragraph and asked to circle all of the nouns in the story. Despite our lessons over two months about nouns, adjectives, articles, and verbs, he asked multiple times what a noun was. He would read a word and say to me, "Is this a noun?" I would ask him, "Is it a person, a place, or a thing?" I would keep reminding him, and yet, he sometimes just circled anything, adjectives, articles, and so for this reason, he is always sitting next to me so that he does not make random circles on his page. All the while he would sit on his knees, his feet, and when I tell him to take his shoes off the chair he will sit again, but shortly thereafter get onto his knees again.

9:00 He was given two exercises, word, and picture match. This is an exercise that takes students less than five minutes to complete. I give the instructions, match the word to the pictures, this was a review and so students knew what to do. James could not complete the exercise, repeatedly asking, "What am I supposed to do?" Again I told him, you draw a line from each word to the picture. Then you write the word above the picture. Instead, he wrote the words randomly in the middle of the paper. I said, "James, look at this word up here. It says matching. That means you draw lines from the word to the picture." He erased the words. This was now the third time I gave James instructions. First, to the entire group, then twice to him. He behaves as if I never said anything to him.

I am concerned by James' lack of fine motor skills. His motor skills are uneven. He writes small letters and then huge letters and then back to small letters, unable to stabilize his hand and even see what his writing looks like. If I ask him, "How do you think this looks?" He seems to think it is okay. If I ask, "Bring these letters down to fit the lines," he just does not do it. He cannot make the correction or even write a full sentence by himself without prompts and cues. His work is remedial, I need him to write a complete sentence on his own but he just can't do it. Other kids are writing multiple sentences, but I have not managed to get him to write a single sentence, let alone several sentences. If I say, "write me a

BINDER064

declarative sentence, write me a sentence that is a question, or write me an imperative sentence," it would probably take him all morning, asking over and over what he should do. Even if I give him instruction after instruction, he cannot concentrate and grasp and then execute what it is I am saying to him. In other words, he is not doing the same work that the other second grade students are doing.

### Monday, October 25, Music Class 9:15-10:15am Evan Lane
### Notes from Evan Lane

Before leaving Ms. Arora's room, I ask the group for complete silence in the line and wait until they do so. James was the last one speaking and so his name was called out several times to get his attention. When traveling through the stairwell, I stopped because James was singing. We waited again until it was all quiet. Before we entered the music room James was speaking loudly and his classmates felt the need to ask him to be quiet. Additionally, James had to be coached on entering the room without dancing or making rock-star-like motions with his hands.

The first part of the class consisted of a video where we learned the music before we started playing it. The video was a preview to the song that we were learning and during the video James had to be reminded numerous times to stop talking over the clip. His classmates were saying, "shh, stop it, shhh."

The last part of the hour was spent playing the xylophones. We started with the layers of the music, I would play the notes or the measure and ask the students to play the same notes and measure. It was basically a cannon so it repeats. James was repeatedly asked to stop playing while I was asking children to listen to the notes within the new measure. Everytime I spoke to give instructions he would simply start playing random notes on his xylophone. I had to keep stopping my class lesson to ask him not to play while I was demonstrating the next measure, or

BINDER065

while I was talking.  Once we did start playing he was able to participate with the group.

## 11:15 Recess and Lunch Alex Flood
**Alex came straight to my office and dictated the lunch and recess; sent photos**

Ask students to get in line. James does get in line but swings his arms and legs wildly, and students behind him ask him to stop and stop stepping on their feet. He continues to talk to students after prompts. Then finally, I asked him to step out of the line and stand next to the wall so that he could stop talking. I tell him that he is welcome to get back into the line when he is ready to stop talking. After two or three minutes he was standing nicely and quietly so I ask him to join the line again. However, once back in line, he started talking to the kids in front of him. I reminded him that we needed a quiet line when walking through the school as children are sleeping. We can only move the line for recess when we have a quiet line. He did stop talking and swinging his arms at that point. James is third in line so that he is always behind me when the first two students hold the doors.

At one point outside during recess, four girls were having an argument and came to me to discuss their dilemma. We were discussing it together and James came over to the group and started listening to the conversation. I asked James to step away since this was a conversation between the girls. The girls made an agreement and parted.

Shortly after the girls enacted their truce, James went and told two of the girls that they were "more kinder" than the two other girls. Then the less kind girls caught wind of his comments and were incensed, but instead of confronting him directly, they came to me to tell me what James had said to the other girls. I called James over and explained to

BINDER066

James that he should not pit the girls against each other and then suggested that he go back and play.

To line up for lunch, James was standing next to another child and kept talking and talking and not paying attention. Student asked James to go to his spot in line so we could go to lunch and James ignored the request and would not take his place in the line. He finally realized that we were not heading to the lunchroom, and so he made his way to his spot in line.

In the lunchroom, one of James' friends said James is using potty words. He said, "When I say butt, you say face, when I say poop, you say face, like poop-face-poop-face." The student said, I just don't want to do that. When I came to James, he said, "Well, he was using potty words first! He started it!" But the other students at the table said, "No that is not true, the other student never said any bad words." I said, James, we do not use potty words or any kind of inappropriate language in school." The students continued to eat.

While eating, James turned his back to his plate, stuck his legs straight out in the walkway. I explained that he had to face his food and not put his feet out as this could trip all of the other children walking past him with their lunch plates. "James, someone will get hurt, and you have to turn around." He did turn to face his plate.

James asked for seconds, and I sent him up; he stood by Maricella and said, "Chicken." She was stunned. He said, "chicken, chicken!" I suggested that he say, "May I please have more chicken?" She then gave him seconds.

At clean up, James threw his full cup of milk with a spoon in the cup into the bin, missed the bin, and the milk went all over the floor the pillar, and the back of the garbage bin. I gave James paper towels and pointed to the floor, the pillar, and the garbage can, and asked him to wipe up his

BINDER067

milk. James did a cursory job, leaving milk on the floor, the pillar, and the garbage can.

We lined up again to go to class. One of the kids yelled at him, saying "James, stop!" I asked the student to come to me and said that he should come to me and not yell at James or anyone directly." While I was talking privately to the student James came to us and says, "He said I was annoying and he wishes that I would just go to a new school!"

The other student said, "No, I didn't say that! You said that you were going to a different school! I never said that!"

After that, we lined up and walked up to the classroom. James was talking in line, zig-zagging out of the line. As I left to go to lunch, he still had not changed his shoes, had his hat on despite the fact that almost everyone was done changing and heading into class.

**Observation 12:30-1:30 Catherine Lee**
**Written notes; meeting with dictated details**

Group lesson the whole class about Albania. Student was giving a presentation.
12:37 James shouts out in the group that Albania is the largest country in the world. There was no question session; he didn't raise his hand; it was just a shout-out. Mrs Arora reminded James that he should not shout out in the middle of a student presentation. The kids rounded on him and said no, Albania was one of the smallest countries in the world. His outburst caused a full group disruption but was quickly quelled so that the student presenting could move on.
12:39 Mrs. Arora reminds him not to touch the materials on the shelves and to listen.
12:40 raises his hand when no one else is raising a hand and while no questions are being asked. He is on his knees, and he is ignored, eventually putting his hand down.

BINDER068

12:42 Rubbing his shoe and tracing patterns on the rug. Not listening pretty checked out.

12:45 Facing sideways on the rug and not even facing the student presenter. Everyone else is facing forward and listening.

12:47 Full on stretches on his knees arm over his head doing a sideways yoga stretch, taking a lot of space. Deepti has to stop the lesson and asks him the procedure for sitting on the rug, and he says stop, look and listen, and she says no, that is for the bell. She reminds him of sitting on the rug, hands in lap, listening, and not moving around. He refuses to sit with his legs crossed. He stays on his knees, quieter, not but not following the procedure.

12:52 kids are dismissed to their work. He pulls a friend aside to talk about some idea he has.

12:53 asks to go to the bathroom

12:59 Mrs. Arora leaves her room and walks down the hallway to check if he is in the bathroom because he is still gone. Learns he is in bathroom comes back.

1:00 James comes back from the bathroom. He goes straight to Mrs. Arora and asks what he should do. Not one other student asked the teacher what to do; they all go their work. She suggests that he do research on the State of the Week New York. He goes to the shelf and takes *all* of the research questions and every book from the shelf.

1:03 Mrs. Arora gets up from the start of her lesson and intervenes, and says he just needs one question sheet and one book to answer the questions. He drops things to the floor and walks away to blow his nose. Then he comes back and picks up his items from the floor, and walks to a shared table with three other students.

1:07 Goes back to the teacher to ask for help. She helps him; he goes back to his seat. Then he gets up again to see what another student is working on at another table and sits back down.

1:11 Gets up to sharpen his pencil, returns to the table, and stands to do his work.

1:13 Goes to the teacher to ask a question but interrupts her as she is working with another child. She reminds him to wait until she is done.

BINDER069

1:15 returns to the table and works standing. Eventually sits down, tips his chair; Mrs Arora asks him not to tip back in his chair.

1:22 Mrs. Arora checks his work.

1:25 Sharpens his pencil, goes to the drawers, then comes to me and tries to read my notes. Then he walks to the teacher's area and takes one of Mrs. Arora's pencils. She reminds him that he is not to go to the teacher's personal area to take materials. But she gives him a new pencil, and he returns to his space.

### 1:30 - 3:00 Deepti Arora Dictated

1:30 - He is working on his research report on New York City. He worked until 3:00 and began cleaning up. He sat alone, periodically standing up and singing loudly as kids were working. He needs consistent prompts to stay on his research questions and was told multiple times to stop singing loudly.

His response to me again was, "singing is fun!"

"This was a day where there was way too much singing and disruption of group and class time with his singing. When I ask him to stop, he just says, "Singing is fun!" James gets up and out of his seat multiple times, but as I was in my lessons I did not count how many. I did have to provide him with multiple prompts to stay on task, to sit down, not to visit other children who were working and not to sing loudly as it was disruptive to other students. James did not complete his research, so I ask him to put his work in the drawer to complete tomorrow.

When we have clean up at 3:15, I do not assign James a job because I spend so much time directing him to put his own things away to clean his area around his table. Putting his pencils away, picking up his tissues on the floor, putting away his books, his folders, and materials that he worked with -- he needs direct supervision so that he puts his items away in the right place to find what he needs the next day. Left to his own, he will leave his drawer on the floor, his work on the table, or put his materials anywhere. He needs teacher help to clean up and cannot do that on his own.

BINDER070

Oct 20

Gave 3 pages of math — (1 sheet & 2 pages in red folder) —

BINDER071

Oct 25

Walked in dancing in class and singing. I asked him why are you singing a song. He said its not a song its rock. I said but this is a work time you should not be singing. He said its fun. I said Please don't sing everyone is working. He said its fun. I said but you are here to work, he said so you are telling us not to have fun. I said this is a work time. He said so you are saying working is not fun. I said James I want

you to work on this sheet and
yours. He said I feel like
dancing & singing. I gave him
a sheet and ask him to go work.
He started doing his math sheet!
It was Page 40 in red math book
gave him 15 min. then added 5 more
and then 5 more. He ~~did~~ kept on saying
its hard, its hard, helped him twice.
at bottom of page you have to color and find
the path. He kept on argueing this way or
that way. Then started singing & dancing
again. I asked why are you dancing
again, we just talked about it. He said
I need to plan what music we are
going to sing for our band with Elliot.

it was
He wa
minu
my

BINDER073

it was his time to go to language.
He was there in my room for 45
minutes just finished 1 Page in
my classroom — Red book Page 40
.



name:

date: October 25, 2021

15+ 5 more.
took 35 min.

BINDER074

# EXERCISE 6

1. Add.

| | | |
|---|---|---|
| 648<br>+ 201<br>849 ✓ ✗ | 436<br>+ 231<br>667 ✓ ✗ | 700<br>+ 135<br>835 ✓ |
| 540<br>+ 249<br>789 ✓ | 625<br>+ 173<br>798 ✓ | 213<br>+ 153<br>366 ✓ |
| 107<br>+ 381<br>488 ✓ | 445<br>+ 124<br>569 ✓ | 657<br>+ 330<br>987 ✓ |

## Where is Maggie going?

Color the spaces which contain the answers to find out.

| 657 | 798 | 569 | 762 | 807 | 695 |
|---|---|---|---|---|---|
| 849 | 296 | 835 | 683 | 276 | |
| 488 | 438 | 336 | 366 | 534 | 910 |
| 480 | 564 | 665 | 667 | 965 | |
| 840 | 579 | 465 | 768 | 789 | 987 |

Maggie

Zoo

Park

Beach

Unit 2: Addition and Subtraction

40

name: Second grade student
10 minutes complete
date: October 25, 2021

# EXERCISE 18

1. Subtract.



A
9 7 3
− 2 3 8
735

B
6 0 6
− 2 6 3
343

E
7 5 0
− 7 2 4
26

L
4 3 5
− 7 2
363

M
4 4 0
− 1 0 7
333

N
6 9 2
− 5 7 6
116

R
7 8 4
− 3 9
745

U
6 1 5
− 7 5
540

What goes up when the rain comes down?
Write the letters in the boxes below to find out.

| A | N |
|---|---|
| 735 | 116 |

| U | M | B | R | E | L | L | t |
|---|---|---|---|---|---|---|---|
| 540 | 333 | 343 | 745 | 26 | 363 | 363 | 735 |

Name _James_    Date _October 25, 2021_

BINDER076

```
   1
  871          393          9̸9̸5
- 700        - 203        - 768
  281          296          23.7
```

```
  688          9̸5̸6          669
- 220        - 409        - 534
  908          557          145
```

```
  886          8̸6̸1          978
- 512        - 771        - 850
  374          890          128
```

```
  828          855          878
- 653        - 443        - 643
  225
```

Name _James_    Date _October 25, 2022_

Write each number in expanded form.
Example: 123 = 100 + 20 + 3

3,227 = _____

831 = _____

11 = _____

17,921 = _____

347 = _____

34 = _____

98,715 = _____

2,158 = _____

268,164 = _____

711,373 = _____

1,797 = _____

299 = _____

73,347 = _____

67 = _____

72 = _____

Name _Carter R._   Date _October 25, 2021_

11 minutes to complete

BINDER078

```
  871        393         8
- 700      - 203       995
  171        190      - 768
                        227
```

```
            4
  688      956         669
- 220      - 409       - 534
  468      547          135
```

```
            7
  886      861         978
- 512      - 771       - 850
  374      090          128
```

```
  7
  828      855         878
- 653      - 443       - 643
  175      412          235
```

TheMathWorksheetSite.com

Name _Carter R._     Date _October 25, 2021_

Write each number in expanded form.
Example: 123 = 100 + 20 + 3

3,227 = _3000 + 200 + 20 + 7_

831 = _800 + 30 + 1_

11 = _10 + 1_

17,921 = _10000 + 7000 + 400 + 20 + 1_

347 = _300 + 40 + 7_

34 = _30 + 4_

98,715 = _90000 + 8000 + 700 + 10 + 5_

2,158 = _2000 + 100 + 50 + 8_

268,164 = _200,000 + 60,000 + 8000 + 100 + 62 + 4_

711,373 = _700,000 + 10,000 + 1,000 + 300 + 73_

1,797 = _1,000 + 700 + 90 + 7_

299 = _200 + 90 + 9_

73,347 = _70,000 + 3000 + 300 + 40 + 7_

67 = _60 + 7_

72 = _70 + 2_

TheMathWorksheetSite.com

BINDER080

Name _____ Date _____

TWO, TOO, TO

MATCHING

**Two**

**Too**

**To**







Name _____     Date _____

THEIR, THEY'RE, THERE

MATCHING



**Their**

**They're (they are)**

**There**





BINDER082



Lunch cart and bins, floor after James was asked to clean

BINDER083

# S.R.A. Record Page

Name _Jamon_

Date _October 25, 2021_

Power Builder Color _Red_    Power Builder Number _10_

**A**    How Well Did You Understand?

1. _d_    2. _d_    3. _b_    4. _c_    5. _b_

Number Right _5_

**B, C**    Learn About Words

1. _corr_
2. _gru_
3. _hom_
4.
5. _incorrect spelling on each answer_

6. _dor_
7. _cov_
8. _war_
9.
10.

Number Right

**D, E, F**    Think About It

1. _bad_    _should be 4 answers —_
2. _floa_    _These not correct per instructions)_
3. _Beer_
4.
5. _hav_
6.
7.
8.

9.
10.
11.
12.
13.
14.
15.

Number Right

BINDER084

Name _James_

# S.R.A. Record Page

Date _October 25, 2021_

Power Builder Color _Red_     Power Builder Number _4_

**A**

1. _a_     2. _a_     3. _a_     4. _Bus_

**How Well Did You Understand?**

5. _a_

Number Right [5]

**B, C**

1. _Light_
2. _might_
3. _night_
4. _____
5. _____

**Learn About Words**

6. _night_
7. _light_
8. _might_
9. _____
10. _____

Number Right [6]

**E, F**

_Alvins_
_____
_big_
_____

*incorrect random words*

**Think About It**

9. _____
10. _____
11. _____
12. _____
13. _____
14. _____

Second Grade SRA    No second graders are in SRA red-

BINDER085

## S.R.A. Record Page

Name Carter

Date October 26, 2021

Power Builder Color Brown    Power Builder Number 9

### How Well Did You Understand?

1. b    2. a    3. b    4. a    5. a

Number Right

### Learn About Words

C

1. care
2. dare
3. scare
4. stare
5. share

6. scare
7. share
   dare
8. 
9. care
10. stare

Number Right

### Think About It

E, F

he'll
they'll
we'll
she'll
I'll

9.
10.
11.
12.
13.

BINDER086

12:3? - Took back over by Kate

for gluing & hair
  accuracy ocular.

go to ginla

Probably will be about 10 actual
  minute of the hour

Start
10/25

Gene Observation

Allison: Quinn - whole group

12:37 | Wrote out that Allison is the largest
  country in the world
  (But Allison is a male and is male/male)

12:3? | Decided how to record & up with to front
  methods and lists to the Cam

12:40 | Researched ... on are else is and our
  gotten has been asked.

12:42 | Rub aloe and twrea platinum ring

12:45 | Force ... on ring

12:47 | ...

BINDER087

not so directed on task.
illustrate on directed to go to their work

12:52 I have a good writter, goes and tells to finish or let others in?

12:53 Asks Dept. S, go to the bathroom

12:59 Dept. goes out in the hall to check on

1:00 Came back to classroom

? Asks Dept. what to do

the right answer

Asks him what to do, he do
the table? he made it part of K

goes to the helpful good resource
papers

1:03 Dept. stops him to put info before
so many papers 3 books in the hand
the attention to what he can do he has
only one thing to focus on

1:04 Directs him once more. Repeats

---

one needs to pick up papers on the ground

1:05 goes to get out and begins into chair
shared table with 3 other students

1:07 Comes to Dept. table to ask for help.

1:10 Puts my face what another student is
working on

1:11 Gets up to sharpen pencil

Returns to table and starts to work
on paper

1:13 goes over to Dept. to ask a question, that
he too is getting the help
and if he would help him to
finish if he needs help

1:15 to get help from Dept. on his work.
Returns to his table

1:22 Dept. stops by his desk to check his work.

BINDER088

1:23  Pupil leaves his table

1:25  Gets up from table to sharpen pencil
goes to drawers
tries to sharpen into
goes to the sink area

Then his pencil from teacher's area
Pupil helps him sharpen it - gets it soften
Pupil reminds him to get back to work

1:30  Pupil reminds him to get back to work

---

Observation: James    10/26/21

12:30  Come in from band - unsure - moves in hall to later

12:31  Goes back to get mask outside for Jimin

12:34  Whispers to friend. Pupil wave. I heard from Mr. Oliver that if you talk rough and went out and say "I actually had a bad fun break. I was talking any language." I make pencil on chromate ink.

12:35  Vincent begin learn't class in Albanian traditional class. James knocks to see.

12:40  Starts flicks finders around. Pupil ties to stop voice ways to talk to...

12:41  Other children say "no" have whine. Ran to... no... neighbor. He... on another child's paper.

Tuesday    October 26, 2021

BINDER089

BINDER090

**James October 26, 2021**

**Morning Class**
**8:15 – 10:15**
**Deepti Arora Dictated**
I started class by giving James 6 math problems and 15 minutes to complete them. I worked with him on the first problem and then watched him do the second problem using the Stamp Game because he cannot do these abstractly. He said, "I got it, I got it," so I left.

**8:50** I get up to check his work. He has done only two problems with the material, but both are incorrect.

**8:55 – 10:05** I gave him another set of problems, this time with money. I showed him this set of problems and asked him if he would like a problem set with fewer questions, and he said, "I want to do the sheet that other people are doing." So I gave it to him. We did the first two problems together; I helped him with the third and fourth and then left him to work with other students at a table. He got up multiple times, but I was also in lessons and not counting.

I checked in with him after 15 minutes and said I would give him five more minutes to finish. When I returned, he was still not done. I gave him another three minutes. By this time, most of the kids were complete and had problems checked. When he came to me and said, "I am done." Then I checked his work, and just three out of 11 problems were correct. I reviewed the process, he knew what he needed to do, and I gave him ten minutes to make his corrections. He he said he didn't want to make corrections that he was done.

He had another problem set of five handwritten addition problems that he was also expected to complete, but we never got them started because I wanted him to do some reading in the morning. He completed two reading comprehension cards before he went to gym class.

BINDER091

**Tuesday, October 26 Athletics Class (10:15 – 11:15)**
Written notes; review and dictated details to MVA Julie Christensen, Jon Mohr,
Chris Gauger (who does athletics and recess)

**Julie Christensen**
**Notes and Dictation**

I just wanted to send you our write-up about James. He did come in with only
his outside shoes today. He started cleaning them off in the lobby without
being told but didn't tell any of the teachers he was going to the lobby. Walking
away from teachers without their knowledge or permission is one of the five
school rules and everyone has had multiple lessons on the five school rules and
how they apply in the Field House. Kids know that they do not walk away and
out of the class once they are in the Field House. We found James alone in the
lobby. Jon said he didn't know that James had left the group. Even if a child
leaves a water bottle out there, they ask, Can I go and get my water bottle?

Coach Mohr approved James' shoes when he was done cleaning them, and he
was able to participate in class today.

James was asked twice to stop spinning in circles during class while I was
talking to the group explaining how the game would be played. I asked him
once to stop, and then while I was explaining, he did it again and was asked to
stop a second time. The problem is that I am giving instructions, and he is
spinning on his own, totally distracted. After the second time, he was able to
listen without spinning, and he participated in the game.

**Jon Mohr Gym**
**Notes and dictation**

James was sitting out when I got into the gym after returning the UE class. I
asked why James had to sit out, and Alex said he did not have his gym shoes.
James said that his outdoor shoes were clean, "but look, they are so clean!"
I said that they are your outside shoes and in order to to wear them in the gym
they would have to be as clean as brand new shoes. He then showed them to
me, thinking that they were clean. At that point, I said no, they are way too
dirty. I walk away, talk to Julie about the situation, and turn around, and James

BINDER092

is gone. I asked Julie where did he go? So, I left the class and started looking for him, and I found him in the lobby cleaning his shoes.

I then spoke to him about the rules of the school and how just leaving is not allowed. I then talked to him about taking initiative, but that does not mean breaking other rules. I then said teachers could not trust kids who just walk out of the room. For leaving the gym, I had him sit out for 5 minutes, I then let him return to class as usual.

As for recess, it is not connected at all to gym.

### Recess Chris Gauger 11:15 – 11:45
**Dictation**

I asked the kids the stop the game and clean up the balls, put them away. James kept throwing balls at his friend. I asked James to stop and to help clean up, and James ignored me completely. I asked again for James to line up; he dropped the balls, didn't clean up, but got in line behind his friend. Once in the line, his friend was upset and kept asking, "Why couldn't you just stop throwing the balls at me? Why did you keep throwing *at me*?" James was teasing him, making faces, and sticking his tongue out at him, so his friend grew more upset. I separated them in the line so that we could get outside.

Once we got outside, I spoke to James and had him sit out for five minutes. He kept challenging me, saying, "Why is it me? Why am I sitting out?" I said, "You need to sit out because you are arguing in line and not listening to me; you need to sit for five minutes and remember to listen to me and be quiet when we line up. Also, you need to calm down and not get into more of an argument with your friend." After five minutes, he got up to play.

### Observation: James October 26, 2021
**Notes Catherine Lee; dictation for details**

12:30 Comes in from lunch and recess. Moans. Is asked to sit on the rug with
the class.

BINDER093

12:31 Instead of going to the rug as directed James walks back out into the hall to his locker to get another mask from his cubby. He is in the hall for 3 minutes.

12:34 He makes his way back to the rug. Whispers to friend. Deepti approaches him and says, "I heard from Mr. Alex that you had a rough lunch." James shouts out and says, "I actually had a kinda fun lunch. I was talking and laughing." Touches someone else's work that is laid out on the rug. He uses the pencil that is laying next to the work to make marks on another classmate's work. Another student says, "Mrs Arora, James is scribbling on someone's work." Deepti asks him to stop.

12:35 Student begins to give his short presentation on traditional Albanian dress to the class. While everyone else is sitting cross-legged as is the procedure, James kneels to see.

12:40 Starts flinging hands around: he is snapping his fingers, slapping his knees, making motions and noises that are somewhat distracting. Deepti has to stop the presentation to talk to him.

12:41
Once again, James picks up a pencil and starts to write on the work that is laying on the rug. Other children say "Mrs. Arora, James is writing on the work." This time James says, "touching a paper is not the same as touching someone else's work." Another child says "James don't touch someone else's work. It's that simple." More than once he was asked by his teacher and other children to stop laying hands on the work space where children have placed their unfinished work on the edge of the rug.

12:41
Deepti starts to dismiss students. James gets up when the 3rd years are dismissed even though it's not his group. Deepti has to stop him and say, "James this is not your group, why are you standing?" He sits back down, slapping his thighs and snapping. Continues to touch work on rug. The rest of the group is now dismissed from the rug to resume their work. He remains to talk to another child.

12:43 Wanders for a few minutes. Goes to Deepti to see what he should be doing. ( James goes to his teacher to ask what he should be doing. All of

BINDER094

the students move independently, James goes to Mrs. Arora asks her what he should be doing. She reminds him what he is to be working on and he gets his work out. Then he walks back to Mrs. Arora for more direction.

12:44 The transition is noisy so Deepti rings the bell. James continues to move after the bell is rung. Deepti goes over procedures. He still continues to move even though everyone else is frozen.

12:45 Sits at a table by himself.

12:46 Gets in line to talk to Deepti. Deepti directs him to a material he needs in order to finish his work. Instead of getting what he needs for his report he follows Deepti to ask another question. Goes back to the shelf to get a different research sheet.

12:49

He stands at the shelf for some time and reads the paper. As he stands he says out loud, "This report is boring."

12:50 The phone rings, Deepti goes to answer it. He walks after her and follows her to the phone. He says, while she is on the phone, "This report is boring." She says, that is the one that you should be doing today and then asks him to step away as she attends to the call. Then he goes back to the report shelf. She has hung up the phone so he goes back to Deepti and again asks, "this is the one I am supposed to do?" Again, Deepti clarifies her expectations with him, he goes and gets more paper. Then he walks back to his table.

12:52 Starts singing loud enough for everyone in the class to hear him. Deepti reminds him that people are working. He says "I am practicing my choir." He sings a little bit more and then trails off.

12:55 Snapping his fingers and tapping his feet at his table. He is working but also snapping and tapping.

12:58 Looks up from his work to see what others are doing.

12:59 Deepti checks in to see his work. He is drawing the picture before doing the research reading and the writing. She reminds him of the procedures that students have to do the reading first, then the writing, then have the work checked and finally do the illustration. He says "But this is how I do it." She allows him to continue drawing. But she also reminds him at this point that when he does his writing that he should not copy the sentence word for word, but to use his own words to answer the questions.

1:02 James looks at me to see if I'm watching him.

BINDER095

1:03   Stands up to work.

1:05   Stands up and leaves his table to blow his nose. Comes past me to look at my notes. Deepti is moving around the room and looking at student work, and he walks to her, points to me and asks, "What is she writing?" Deepti says, "She is watching everyone work."

1:06   James sits down at his table.

1:09   Finishes illustration and begins writing. I get up so that I can see firsthand what he is doing given the "this is how I do it," assertion. I notice that instead of reading and answering the questions in his own words, that he is copying the information word-for-word from the write up. Deepti checks in with him and clarifies that he is supposed to be paraphrasing what he reads, not copying. She walks away.

1:13   James ignores Deepti's guidance and continues to copy word for word.

1:20   Walks to the shelf snapping his fingers and swinging hips.

1:22   Gets another report and sits down. Begins copying word for word.

## Spanish Angela Gutierrez 2:15 – 3:15
## Dictated to MVA

Because we are working on Day of the Dead art projects, I made it very clear to all students that if they do not follow instructions right away, and the first time I have given them the instructions that I would be sending them back to class. Not only did I tell them this in the last class, but I met them in the hallway, asked them to be quiet in the hallway while I was with my other class, and warned them that if they were not following instructions before our Day of the Dead lesson, I would be sending them back to class. I sent the last group back and then returned to my room and had them walk in, and seconds later, James and his friend started talking loudly in line. I turned around and asked, "Who was talking?" James said, "I was talking and (friend) was talking too." At that, I sent them both back to their classroom. It was mind-boggling because I literally said that we are doing something special today, so I need everyone to be quiet and listen to my detailed and complicated instructions (which I also wrote on the board to make sure that they could follow the project steps). And within seconds, James was talking.

BINDER0096

1:23 People leave the table

1:25 Picks up from table to sharpen pencil
Goes to counter
This is someone asks
she told this child ok
She did this child ok
She whispers for [?] him
Ask help in sharpen [?] another
Ask help in sharpen if goes to another
Ask reminds him to get back to work

Observation: James    10/26/21

12:30 Comes in from bench 3 recess - moves to later in hall

12:31 Goes back to get mask activity for him

12:34 Wipes to talking/people power I heard from Mr Oliver. He'd open had a rough lunch. Went out and says "I actually had a better lunch." I was talking and laughing." Takes pencil on classwork work.

12:35 Voice begin back to class in different "additional" chores. Gives pencil to one.

12:40 Starts fixing pencil around. People to to say would see ways to talk to it

12:41 Other children say "my favorite color is... navy is the light blue." Writes it down on classwork classwork paper.

BINDER097

some way. "Touching paper is not the
same as touching someone else's work."

Another child says: "Jamie don't touch
someone else's work. It's that simple."

12:40 - Give my girl the 3rd years are
dismissed/ breaking up, not the group

Keeping with this and on appro. Goodness
to work on avg.

12:41 - Children can all begin at any.
he removes bits still to editor child.

12:43 - Works... for a private thing &
begin to see what he would be doing.
Note the work and I also find this People

for more direction

12:44 - Comments, more after bell -
very people goes over procedure -
yet still continues to chase ever

———

Hand over everyone else to group

12:45 It's a table by himself
12:46 Bob - Bev to talk to Dept.
Dept. direction to a material he
need to give to his work
follows Dept. to ask a question
goes back to get a different sheet.

12:49 Dept "The report is boring."

12:50 The problem is Dept. says I won't answer
if the problem is big. We give back
to the report sheet

One guy works with Dept. and goes back
at paper.

12:52 Note brings Dept. reminds him
that people are noting as say it
on pointing any class.

12:55 happens to fingers and tapping his feet

BINDER0908

12:58 Took 97 from bin & went to see what others were doing

12:59 Dmitri checks in to see he work. He is drawing the picture before he does the writing only. He reads the image "Boothe" & Don't understand... Don't understand it. I continue on drawing

1:02 Took & on drawing Q... watching him

1:03 Drew up to work

1:05 ...

1:06 slowdown @ work

1:09 Finishes illustration and begins writing. Copies word for word the write up.

1:13 ...

1:20 Walks to ... wrapping tie fingers and wrings ...

1:22 ... Begin copying word for word

Name _____ Date October 26, 2021.

BINDER099

4 dimes, 1 nickel and 2 pennies add up to __47__ ¢

3 dimes, 5 nickels and 3 pennies add up to __58__ ¢

4 dimes and 4 pennies add up to __44__ ¢ ✓

1 dime, 3 nickels and 3 pennies add up to __28__ ¢ ✓

4 dimes and 5 nickels add up to __70__ ¢ •

10 minutes for corrections

2 dimes and 2 pennies add up to __12__ ¢ •

1 dime and 1 penny add up to __6__ ¢ ∞

3 dimes, 3 nickels and 6 pennies add up to __41__ ¢ •

3 dimes and 1 nickel add up to __25__ ¢ •

4 dimes and 3 nickels add up to __60__ ¢ •

4 dimes and 2 nickels add up to __50__ ¢

5 nickels and 6 pennies add up to __31__ ¢

3 dimes, 4 nickels and 4 pennies add up to __56__ ¢ •

1 dime and 1 nickel add up to __11__ ¢ •

4 dimes, 4 nickels and 1 penny add up to __61__ ¢ •

TheMathWorksheetSite.com

20 min t-bmv
+ 5 min

October 25, 2021

```
  h   t   o
  6   9   4        2   1   7
- 2   5   8      - 1   0   8
  4   3   6        1   0   9
```

```
  8   3   4        7   3   4
- 2   9   5      - 2   8   3
  3   4   9        5   5   1
```

```
  7   6   4        9   4   2
- 5   2   9      - 4   5   9
```

October 26, 2021

Re-write each problem vertically, and find the sum.

1. $681 + 18 =$

2. $454 + 47 =$

26, 2021
4, and

3. $208 + 65 =$

4. $493 + 92 =$

5. $648 + 63 =$

Wednesday October 27, 2021

BINDER103

BINDER104

**James October 27, 2021**

Observation October 27, 2021 Angela Guitierzz

8:16 J is in the bathroom
J returns to class, asks his teacher,
"Do you have my math sheet?"

8:17 "When you are ready – standing still I will talk to you." – A
J was dancing around when asking her

8:18 J stands writing on checkered (math grid paper) at her table with three
other students seated and one student waiting for A. to correct his work.
"I made a scribble." – J
"I'm waiting for you." – A
J brings paper over to her

8:19 "How did you erase that?" – J
"I have a magic pen."

8:20 "I'm giving you 30 minutes. You might need the Stamp Game to
complete this math work. Yesterday when you did two problems
together with me you needed the Stamp Game" –A

8:21 J goes to get the material. He walks across the room and tosses his eraser
towards a shelf but it bounces off the wall and lands on the floor. He
picks it up and places it where it belongs in the basket.

8:22 Gets the Stamp Game from the other side of the room. His teacher says,
"Please carry that with both hands." James was holding the box
precariously, with one hand. But does make the adjustment.

8:23 J sits at Mrs. Arora's table with four other students.

8:24 J lays out the problem using the material. He is working on dynamic
subtraction.

8:25 "You can put this underneath. It goes like this." –A
Teacher is assisting him with orienting the box with its top cover placed
underneath it. She shows him how to utilize table space with the mat he
needs to lay out the material. J was attempting to get both out of the way
but didn't quite know how other than pushing them further away to each
side and taking up space that other children needed.

8:26 As he lays out his problem, he drops several stamps on the floor and
picks them up.

8:27 "J honey, if you need anything, let me know. J, are you listening? If you need any help let me know."

8:28 Bangs his eraser part of pencil on the table. Then lightly taps his pencil (eraser part) on the stamps that he is using for his subtraction problem.

8:29 Stretches. Kicks his feet rapidly. Stops.
James turns to his teacher, who is working with the group. "Is this allowed? To take one of these and put it there?"
"No, you put it over here with the green ones."
It is a ten; you are exchanging one ten for ten units.

8:30 "Wait Ms. Arora, I don't get it." J. is yelling across the room because Mrs. A got up to check on some other children.
"Please, J, you cannot talk to me wherever you want." –A
His voice is louder than the regular conversational tone as she was 10 feet away and helping another student.

8:32 Teacher returns. She reviews his progress, and she says, James, you didn't do anything since I walked away. You have to do the first step, and then I can tell you what to do next."

8:33 Using blue Stamp counters he pushes the stamps together into a pile, and pushes the rest of the pieces off the table.

8:34 Teacher asks. "Did you get it, Honey? J?"
"Yeah"
"Ok."

8:35 Stretches. Looks at me. Looks at the other students at A's table. Stops working.

8:36 Holds pencil in hand.
Teacher asks, "Can I check your work, J?"
"I'm not done yet."
"I know, but I only gave you two problems, and I want to check your work because I've already given you an extra 5 minutes.
"We've already talked about this many times. You don't make a three like this. Now speed up. You have five minutes to go.

8:37 "For what? –J
"For sugar skulls. We're frosting them."

8:38 Touching, using red stamps to complete his work. Then using blue stamps.
"Did you do the first part first?"
"Yes. seven"

BINDER106

"I don't see it."

"You are not starting here first. Always start from the back, the units. Start from the back again." (Meaning to start at the units at the end)

"Honey, you can read the numbers, right?"

"I'm just frustrated on how to do this" -J

"I'm helping you. I showed you this lesson yesterday and many times before. You borrow from your next-door neighbor." -A

"You borrow from your next-door neighbor?"

8:42    When I'm done with this can I immediately go to the bathroom?" -J

"We'll see. First, you have to finish this problem."(At this point, I do not believe that he has completed one problem).

"If you are here and you need five, and you don't have five so borrow from the next-door neighbor." -A

James was carelessly tossing the Stamps into the box.

"We don't put materials away like this. We care for them. They are important math materials."

Showing him how to return the pieces to the box.

8:44    "I Just have a few more (steps)"

"Yes, but you are running out of time. I've already given you extra time."

8:45    "Ms. A, what do you do when you borrow from the neighbor?"

After looking at the worksheet and materials very focused and thoughtful.

8:46    J. These are not toys you cannot just throw them on the table. They are materials.  You need to place the numbers nicely in a row on the table.

8:47    For two minutes or more, J was stepping on and rolling his pencil under his shoe that had fallen. The eraser fell off, and when he picked up the pencil the eraser was left on the floor.

8:48    Then his foot stepped on top of the eraser and he rolled it a bit at first. Squashed it flat and then picked it up.

8:49    J. asks his teacher, "Wait, what do you do again? It's really confusing. What do you do again?"

"If you don't have enough here, you borrow from your neighbor."

8:50    Again, J, I'm telling you to carefully pick up each piece and put it in a line. Not just grab a bunch and put them on the table.

8:51    J Is tapping lightly with his pencil sometimes picks up erases his work, unclear why.  Touches the Stamps with his pencil.

8:52    "Wait Ms. A what do you do? Oh wait, I get it." -J

BINDER107

"I'm going to be taking it away soon and giving you another math work. You're not done with the two problems and you have been working on these for 50 minutes while you've been in this classroom"

J is standing the entire time while working.

8:53 "Are you done?" J., your time is up. You've had enough time, and I know I've helped you a lot."

"We're not talking about sugar skulls. Sugar skulls are for students who are done and have finished their math. I'm going to give you a new sheet."

8:54 James looks at the new problem set and says, "Oh great. Now take away two."

Teacher shows him, "It's not take away its times, multiplication."

8:55 Write your name, and I'm going to give you 12 min, ok? Here are the materials."

8:56 J is sitting using bead bars

8:57 "Um Ms. A...

"J, you cannot just interrupt when I'm helping others and in a lesson."

"Ms. A, it says 11 times 4."

8:58 J is looking at me, then at other students at A's table. Then at worksheet. Then back up at students. Then back down on the sheet.

8:59 Holding bead bar writes something down. Looks back up at students. Then writes something else on his sheet.

9:00 "Quick, honey. You have 5 more min that's all."

Picks up different bead bars: white, yellow, and purple. Looking at his sheet

9:01 "3 more minutes, my friend. "

9:02 J lines up yellow bead bars

"Ms. A, can you teach me how to count by 4's? I've always wanted to do that."

"Sure. You know it goes 4, 8, 12, 16, 20, 24..."

A. responds even though he interrupted her helping one of the students at her table.

9:03 "You can't just say that. The other students have larger and longer math assignmets than you, and they manage to get their work done."

"Yeah, but they can do it at any time." -J

BINDER108

9:04 "No, they get their work done by 9AM in the same amount of time as you are given. They get their work done and have moved onto many other things too."

9:05 "If I give you 4 one time, how many am I giving you?"
"Four"
"Right, 4 times 1 is four."

9:06 "Now take another four over here. Four times two is eight.

In order for him to get anything done Mrs. A. had to walk him through every single step of every problem. She even walks him through the same problem repeating instructions, multiple times. She might ask, "Can you do the next step?" He would say, "yes." Then once alone, he would have to ask again for the next step. This was even when he was reasonably focused and trying hard. He just couldn't execute any math task independently.

**9:30 – 9:45ish Day of the Dead Sugar Skulls; Notes and Dictation Sarah Pearce**
I worked with James and three other students decorating their sugar skulls. James needed the directions repeated twice, and then he was able to complete the work. He spent about 15 minutes working.

There were four students in a random grouping. People were kind to James, and he was kind back. If his (school) life could consist of four people and a teacher he would be fine. He has a hard time with oral directions.

**10:30 – 11:00 Deepti Dictated**
Asked James to work on his reading comprehension, Cloze Comprehension. He said, "I do not want to read this, I don't like it."
I said, "James, you have not done these for a long time and they help you."
But during the time I gave him, he asked again and again, "Can I do something else? I don't like this."
At first, I wanted him to try, and I redirected him and offered help. But he just didn't want to do the work, and because I didn't want him to waste time, I suggested he work on his Explode the Code. He completed three pages in Explode the Code, needed multiple corrections when he showed me the finished pages.

Jayme Zander Observation, Notes, and Dictation for details
October 27, 2021

12:26 On rug moving hands, looking around the room and at the ceiling and
other places in the room.

12:27  Sitting, not moving, listening eyes on A.

12:28  Picking nose, listening to A, his body is still
   A. Dismisses the class to go to their work. Mrs. Arora asks James and three
   other children to come to her table for a lesson. James gets up and asks A.
   why he has to do the work she assigned.  She directs him to his seat at the
   table and James sits for the lesson at the round table.

12:29 James gets up walks away, leaves, looks around the room, gets a bottle of
   glue (he was not asked), walking comes back singing. Back at his seat, he
   is fidgeting with his pencil and glue bottle. Dumps glue on table, says it
   was on accident. The assistant teacher sees glue on the table. James gets
   up to get paper towels. *Should not have had glue for the project* None
   of the other students got up to get glue as this was a book report lesson.

12:31 A. is back at the table, she gives him the book report paper and the book.
   He is fidgeting with his pencil at the table drawing on his paper with his
   eraser, then begins drumming with his pencil. Goes to put name and date
   on the book report paper.

12:32 Making sounds, stabbing pencil into the paper
   A. turns to him and explains how to do his book report. The other
   students had already started.

12:33  Opens book begins reading
   Body is calm, focused on the book.

12:35  Finishes book, announces "okay."
   A. tells him he needs to work for himself, can't be talking out loud.
   Continues working on the book report.

BINDER110

12:36 James says. Mrs. Arora, "did you know my sister stayed home sick today?" She redirects him to read. James starts to read aloud, reading the phrases and I could hear him from where I was sitting.

12:37 "It says author, which one is the author?"
The teacher asked him if he read the whole book. James does not answer. Then she asked again, and he responds, "yes."

12:38 Working and reading out loud
Opens book again, writing in sheet
Body still, writing the book report.

12:40 Looks up from work, flips the book open and closed. Back to writing. Pointing at spots on the page with his eraser

12:41 Stands up and says, "Ms. A."
James, if you need help, come around and stand in line.
He doesn't respond
A. Asks again, "Do you understand J?"
Still, didn't respond, but did say he didn't do it wrong, not looking up from the book, sits down again. He did not make eye contact with her. Again reading aloud. Is asked to read in his head and not aloud so other children can work.

12:42 Back to flipping through book pages
Looking at the pictures in the book

12:44 Looks around the chair at the floor, almost like he dropped something, looking on the floor, around the chair, and the chair next to him but he dropped nothing. Stands up, looking around the room. Walks over to look at another student's work over their shoulder. Puts pencil in his mouth. Walks back to his table. Sits down begins writing. It looked like he had a purpose in what he was doing -- but at the same time, he definitely didn't.

12:45 Writing and working on the report.

12:46 Looks up and around. Then back to work. Looks up and down back to work.

12:47 Stops working, puts the pencil down. Rolls the pencil on the table, pushes it away, lets it roll back.
Picks up his pencil and begins looking between the book and his book report paper, then he writes a bit.

12:48 Flipping the pages between book again.

12:49 Mrs. A looks at his work. She points out that he has to write in complete sentences. He just wrote lists. She asks him to correct this. I didn't see him make the corrections. Has resumed the drawing part of his report. Asked to pull the mask over his nose, does so
Told him again that he needs to write all his answers as pamphlet sentences. He says, "Okay"

12:50 Looking between book and paper

12:51 Mask below his nose again. Working, looking between book and paper. He is looking at pictures in the book, and he is drawing.

12:53 Still looking between book and paper. Tongue out while working

12:54 Stretches continues working

12:55 Focuses on the drawing erases and redrawing. He erased almost his entire drawing. He would draw, erase a lot of it, draw again and erase. The chair is pushed very far from the table. Stands up. Still working. Sits down. Tapping and drumming pencil on the table.

12:56 Working with his mouth wide open and with his chair pushed out sitting on the very edge of the chair.
Moves mask back over nose. Continues drawing.

12:57 Closes eyes tight. Squeezed his eyes shut as tight as he could for a few seconds. Opens them back up, resumes drawing.

12:58 Erases big parts of drawing (over half), then back to drawing

12:59 Working on drawing redrawing and erasing part that was already worked on, draws, then erases

1:00 Still drawing part that has been erased. Sits back, puts his hand in his hair, runs it through, and ruffles it. Then back to work drawing.

**Dictated Karen Gorecki**
**1:20 - 1:30**

I came into the room to tell Mrs. Arora about the third-grade art class and project. While we were talking we watched James who was at the same table as his teacher. As I gave her an update, we watched James take a glue stick, rub the glue all over his palm, and then proceed to stick his pencil onto his palm. He put his hand horizontally, presumably to watch how long the pencil would stick to his hand until it fell to the table. He got up, went to the sink and washed his hands, came back to the table for a minute, drew two lines onto the report paper (two dark scribble lines top and bottom), and a scribble line across the paper (top left). Then he got up and walked over to two boys near the sink working at a table. He stood there and was talking to them, and they eventually looked up to talk to him. Mrs. Arora rang the bell. Everyone stopped and listened and she said "blue group you need to be sitting down and back to your work at the count of three."

Everyone who was up hustled and by "two," they were down. But when she paused before three James was still standing at the table, looking at Mrs. Arora, smiling. When she said "three," James started running and screaming AHHHH, and went back to his seat, but didn't sit down, he stood by his seat. Mrs. Arora asked him, "My friend, why did you want until I said three?" He replied, "Because I like conversations!"

Mrs. Arora said, this is a work period, and I want you to do your work, honey.

**1:30 Deepti Dictated**
Then he started singing commercials, "Liberty, liberty, liberty!"
This time the kids were annoyed and said, "James, stop we can't work when you do that! Stop!"

I asked him to stop and said you can sing anywhere in your car, at home, but here there are so many kids who are working so you have to not sing.

James said, "Oh so that's why my parents don't want to have more kids." He said that to himself but loud enough for everyone else to hear.
One of the kids at the same table and even around our table said, "You should not do that, we don't want that song stuck in our head and we want to work too. It is distracting us from working."Multiple students spoke up and were completely exasperated. I said to them, "You go back to work, I will work with James."

**1:35**
I sat with James and asked him to read me his book report answers. He was unable to read his answers and said he didn't know what he had written. He said, "I can't do two things at one time."
I ask him what do you mean? He said I can't explain it to you.
I asked, "Try to explain what you mean. Did you understand the book? Can you summarize the story?" (He could) "So now that you know this, why can you not answer the questions?"
He said, "Yeah, that's what I mean. I can't do two things."
I asked him to clean up to leave for his language lesson.

**On October 27 a typical second-grade student completed the following before 1:45**
- One story where she started and completed the rough draft in her notebook.
- Got her writing corrected and made edits. Did a final draft, illustrated it, mounted the work, had it signed by the teacher
- Book report – read an 18-page book, answered the questions, had them checked, did the illustration, mounted her work.

- Two reading comprehension cards; read the stories, answered five multiple-choice questions from each story. Had them checked and signed.
- Two pages of Cloze Reading comprehension. Had them checked and signed.
- Ten pages in her math folder, independently, had it checked, signed no corrections

**Writing Class Notes and Dictated by Jane Keuler 1:45- 2:30**

When James came into the room, he raced the to rug, and sat down. Didnt cross legs, wiggled around, and I gave instructions, during which time he looked all over the room. He was pretty bouncy.

1:45 - 2:00 We worked on the spelling. He studied the words and then decides when he is ready to be quizzed by another child. The other child quizzes him, but he still does not know how to spell the words orally. His partner goes to the next one and tries to see if he can spell the word. I often find that I have to coax another child to help him as some of the others do not have the patience to help him. While working or being quizzed, he sits on his bottom, then his knees lean on his elbows, then moves all over again. He practiced Spelling Seconds, multiple times to memorize the spelling.

2:00
I gave him the word sort list, and instead of writing, he started to draw on the paper, and I had to stop him from doing this. Then he started drawing on the folder, and I needed to stop him from doing that and asked him to erase what he scribbled on the folder. It was quite a bit of nonsense, monster faces and cookey faces and such, and that wasted his time because now he was busy for three minutes just erasing. Once he started writing, it took him a while and he did not finish.

BINDER115

I asked him to redo the noun sheet by himself that I helped him with on Monday. He needed so much assistance, so I wanted to see if he could now do the same sheet independently. He kept looking at the paper and asking, "Is this a noun? Is this a noun?" I answered, "Look at the words and ask yourself the question, Is it a person, place, or thing?" He did need some help, but he managed through the sheet independently. It took him over 12 minutes, not quite 15 minutes.

I ask him to put his work in the folder but he does not put it into the folder without it hanging out, so I showed him how to put his papers into the pocket of his folder, so the papers do not get all bent up. But he does not even care, he is oblivious.

When I asked him to push in his chair, he turned around and pushed it with his posterior without looking where it was going, letting it bump into anything while other children use their two hands and make sure the chair is pushed in under the table and properly fitted. Once his chair was jabbed in unfittingly, he ran to the line. I said to him, "James, you must walk to the line." I would like to say, "You must come back and walk from here to the line," but he soaks up the last few minutes, and there is not enough time to correct him on the procedure for lining up.

WEDNESDAY

OCTOBER 27, 2021 LIST. 1:45 - 2:30

1. 1:45 J.
2. • jumping up from seat
3. about 10 times to blow
4. nose - says he has
5. allergies
6. • managed to get 3
7. works completed with
8. a lot of wiggling
9.
10. • draws black spots
11. or marks on papers
12.
13. • el had him erase the
14. grafitti on his folder.
15.
16. • when dismissal time
17. pushed his chair in
18. with his backside.
19.
★ Most children get about 3
works complete depending on length.

BINDER117

## Spelling-Seconds

bike

pies

shook

shiver

lake

Name _____ Date _____

# Word Sort List

BINDER118

Sort the following words into the correct columns:

| | | | |
|---|---|---|---|
| girl | Amy | teacher | Mr. Smith |
| Puff | cat | city | New York |
| toothpaste | Crest | Ford | car |

| Words That Begin With Capital Letters | Words That Begin With Lowercase Letters |
|---|---|
| Puff | city |
| Amy | car |
| Crest | teacher |
| Ford | girl |
| New York | cat |
| Mr. Smith | toothpaste |
| Now think of your own | Now think of your own |
| Now think of your own | Now think of your own |





Name _James_    Date _October_

BINDER119

# FINDING THE NOUNS

Jake and Joan are brother and sister who take

rides on their bicycles on trails in Wisconsin. They go

during spring, summer and autumn. They pack a great

big lunch, load up the bikes on their van and go to the

trails. On the trails they can see all kinds of lovely, wild

flowers, different kinds of birds, some foxes and many

other wonderful parts of nature.

Name _Tamer_      Date _October 27, 2012_

Title of the book _The animals try of war_

Author of the book _Owen thomas_

What did turtle tell Elephant and Hippopotamus? _That the When the pawralt crechaw ?_

Did Hippo and Elephant think Turtle was as powerful as they were?
**Circle one: Yes or (No)**

What did Turtle give to Hippo and Elephant? _a vine_

When Turtle yelled to start pulling, what happened? _d a first and Hippapanamis plyd echavei and tital chite thay_

What happened after the 'Tug of War'? _tital choiet than_

Illustrate your favorite part of the book.



Comprehension Card

Name _Jotmes_ O.O

BINDER121

Set _blow_          Card Number _19_

Title of the Story _poncakes for Crackfield_

1. _b_   2. _a_   3. _b_   4. _b_   5. _c_

Score _5_

Comprehension Card

Name _James_

Set _blow_          Card Number _16_

Title of the Story _Twin town_

1. _a_   2. _c_   3. _b_   4. _a_   5. _a_

Score _4_

Wrong        Subtraction with material

12 min
+ 5 min

```
   8 9 4          6 7 4          7 2 8
 - 3 5 9        - 3 8 4        - 3 5 9
   5 8 5          2 9 0          3 6 9


   4 5 2          5 2 1          8 3 4
 - 2 9 7        - 2 4 5        - 3 2 8
   2 5 5          2 7 6
```

U-7          Moth facts Fun! Multiplication    name _____

$4 \times 2 = 8$          $1 \times 4 = 4$          $4 \times 9 = 36$ October27, 202

$4 \times 4 = 16$          $4 \times 11 = 44$          $7 \times 4 = 28$          12min

$5 \times 4 = 20$          $4 \times 10 = 40$          $4 \times 6 = 24$          +5 min

(25 mem!)

| | | | | | |
|---|---|---|---|---|---|
| 1 | 4 | 1 2 | 1 0 | 7 | 4 |
| x 4 | x 9 | x 4 | x 4 | x 4 | x 8 |
| 4 | 34 | 4 8 | 4 8 | 24 | 16 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 4 | 8 | 9 | 4 | 4 |
| x 4 | x 4 | x 4 | x 4 | x 3 | x 5 |
| 4 | 8 | 16 | 18 | 6 | 18 |

BINDER124

8 dimes + 6 pennies = 86 ✗

6 nickels + 4 pennies 34

5 dimes + 2 nickels = 5 6 • still not correct

8 nickels + 5 pennies = 4 5 correct

6 dimes + 4 nickel = 8 0 • not correct

9 dimes = 9 0 correct

4 nickels + 5 pennies + 2 dimes = 4 5

8 dimes + 1 nickel + 5 pennies = 9 0

| | | |
|---|---|---|
| The class claps. | ☒ | |
| The glass cuts. | ☐ | |
| The flat clam is sad. | ☐ | |
| The fat clam is glad. | ☒ | |
| Bill sits on a block. | ☒ | |
| Bill sits on a pin. | ☐ | |
| Glen sits on the clock. | ☒ | |
| The clock sits on Glen. | ☐ | |
| The class slips in the mud. | ☐ | |
| The rat sips a glass of mud. | ☒ | |
| The dog wags the flag. | ☒ | |
| The dog has a clip. | ☐ | |
| Mom put a block in the sock. | ☐ | |
| Al puts Mom in the sock. | ☒ | |

Write it.

october 27, 2021



| | clip |
| | flag |
| | cup |
| | flat |
| | clam |
| | clap |
| | gas |

*For further practice on these blends, see Book 2½, pp. 1–9.

9

October 27, 2021

## Lesson 2

⬭ it.

| | |
|---|---|
| pl-<br>sl-<br>sk- | (sl-)<br>pl-<br>sk- |
| pl-<br>(sl-)<br>sk- | sl-<br>(pl-)<br>sk- |
| pl-<br>sl-<br>(sk-) | pl-<br>(sk-)<br>sl- |
| pl-<br>(sl-)<br>sk- | pl-<br>sl-<br>(sk-) |

PUZZLE 4

find
five
fly
for
from
funny
get
give
go
going

| | | | | |
|---|---|---|---|---|
| 1 | F | L | Y | |
| 2 | F | U | n | n | Y |
| 3 | F | I | V | B | |
| 4 | g | o | i | n | g |
| 5 | g | i | T | E | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |

1. The bird can _fly_ around the house
2. Did the _funny_ kitten run up the tree?
3. _five_ birds are in the nest.
4. Sally is _going_ out to play.
5. He cannot _give_ the black ball.
6. Jane did _give_ me a book.
7. You may _gito_ home soon.
8. I can run away _____ you.

good
green
had
has
have
he
help
her
here
him

1
2
3
4
5
6
7
8

1. I am going to find a _____ wagon.
2. Jack and Janet are _____ children.
3. We _____ to get milk.
4. Can you _____ me?
5. The brown hat is _____.
6. I _____ to give five cookies to Dick.
7. Tom _____ a book at home.
8. _____ can go to school.

Second grade work
typical student
same amount of time
school day   10-27

BINDER130

Name _Kirin_                Date _October, 2021_

Title of the book _The Animals Tug-of-War_

Author of the book _Owen Thomas_

What did turtle tell Elephant and Hippopotamus? _Turtle said_
_that we three are the greatest animals in_
_the jungle._

Did Hippo and Elephant think Turtle was as powerful as they were?
**Circle one: Yes or No**

What did Turtle give to Hippo and Elephant? _Turtle gave them a vine._

When Turtle yelled to start pulling, what happened? _Elephant_
_and Hippopotamus both tugged but vine_
_didn't seem to brake or move_

What happened after the 'Tug of War'? _Elephant and_
_Hippopotamus thought turtle was one_
_of the greatest animal._

Illustrate your favorite part of the book.



Name _Estelle_  Date _October 27, 2021_

Title of the book _The Animals Tug-of-war_

Author of the book _Owen Thomas and David Greff_

What did turtle tell Elephant and Hippopotamus? _Would you like_ _to play a game with me? turtle told_ _elephant and Hipopootomus_

Did Hippo and Elephant think Turtle was as powerful as they were?
**Circle one: Yes or No** (No circled)

What did Turtle give to Hippo and Elephant? _He gave them a vine._

When Turtle yelled to start pulling, what happened? _They both_ _started tuging at the vine._

What happened after the 'Tug of War'? _They believed he_ _was as powerful as them._

Illustrate your favorite part of the book.



12:35-1:00

25 mins.

The old wooden door slowly
creaked open... I was playing outside
with my friend Emma. We were having
the best time, until lightning struck from
the house in the middle of the town house
number 1345. The next day Emma got a

"Hi it will be nice to have milk and cookies at my at 3:00 pm sharp: from house number 1345. Emma dashed to my house and read me the letter and I was suprised. So we took our bikes and rode there. We both knocked on the door but no anwser we did it 3 times but no anwser. So we left. When we left the door opened we got so scared when we looked behind us we got suprised beacouse it was my mom she was trying to trick us beacouse it was halloween. It was a good trick!

October 27, 2021

The old wooden door
slowly creaked open. Me and I
was playing outside with my friend
Emma. We were having the best time, until
lightning struk from the house in
the middle of the town house
number 1345. The next day Emma got
a message from the haunted
house. it said: "Hi! it will be nice
to have milk and cookies at
my house at 3:00pm sharp." from
the same house 1345. Emma dashed
to my house and read me
the letter and I was surpriesd.
So we took our bikes and
rode there. We both knocked
on the door but no anwser
we did it 3 times no anwser

BINDER136

2021

door

my friend
time, wanti
house in
un house
nana got
hunted
ll be nice
okies at
from
lashing
read my
pailsd
and
knocked
answer
answer

so we left. When we left the door opened we got so scared when we looked behind us we got suprised beacouse it was my mom she was trying to prank us because it was halloween day. It was a great prank!

Name Zemma  Date October 27, 2021
Title of your book Grandma's Scary House
Author of your book Erinn Collins Pettie Woodworth

What did Charlie think about Grandma's house?

Charlie thought that his grandma's house was haunted.

What did Charlie think he saw in the dining room?

Charlie thought he saw something strange.

Where did Charlie feel something brush against his leg?

Charlie felt something brush against his leg in the pantry.

What did Grandma show the children how to catch?

She showed them how to catch fireflies.

Why did Meg scream?

Meg screamed because she heard something under her bed.

What caused all the scares?

All the scares were because of the neighbor's cat, Mr. Boots.

Draw an illustration of a page you enjoyed from this book.



## Comprehension Card

Name Zema

Set Red                    Card Number 9

Title of the Story Check Up

1. C    2. C    3. A    4. B    5. C

Score 4

---

## Comprehension Card          October 27, 2021

Name Zema

Set Red                    Card Number 8

Title of the Story Pollution Solution

1. A    2. A    3. B    4. A    5. C

Score 5

October 27, 2021

BINDER139

## PUZZLE 16

went
good
not
see
that
old
soon
carry
are
fly

| 1 | s | e | e | | |
| 2 | f | l | y | | |
| 3 | g | o | o | d | |
| 4 | o | l | d | | |
| 5 | a | r | e | | |
| 6 | t | h | a | t | |
| 7 | c | a | r | r | y |
| 8 | s | o | o | n | |

1. I can _____see_____ the park from this hou
2. The bird can _____fly_____ up to the nest.
3. Sally is a _____good_____ girl.
4. This _____old_____ house has a big garden.
5. We _____are_____ in school.
6. Yes, _____that_____ is my coat.
7. Will you _____carry_____ the box of money?
8. Father may come home _____soon_____.

did
going
stop
at
come
him
your
from
give
the



| | | | | | |
|---|---|---|---|---|---|
| 1 | g | o | i | n | g |
| 2 | a | t | | | |
| 3 | c | o | m | e | |
| 4 | g | i | v | e | |
| 5 | f | r | o | m | |
| 6 | d | i | d | | |
| 7 | y | o | u | r | |
| 8 | t | h | e | | |

1. I am _____going_____ to get a good book.
2. We will be _____at_____ home soon.
3. The kitten will _____come_____, if you call it.
4. _____Give_____ me some blue flowers.
5. I can run _____from_____ here to that tree.
6. She _____did_____ not eat her apple.
7. Jack had _____your_____ red wagon.
8. _____The_____ little horse is black.



Second Grade Student
10 pages - independantly
20 minutes - no correction

BINDER141

# EXERCISE 1

1. Count by 2's.

 $2 \times 1 = 2$

 $2 \times 2 = 4$

 $2 \times 3 = 6$

 $2 \times 4 = 8$

 $2 \times 5 = 10$

October 27, 2021

BINDER143



$2 \times 6 = 12$



$2 \times 7 = 14$



$2 \times 8 = 16$



$2 \times 9 = 18$



$2 \times 10 = 20$

**Unit 6: Multiplication Tables of 2 and 3**

BINDER144

2. Count the stones by 2's.

*October 27, 2021*

3. Fill in the blanks.



1 motorcycle has 2 wheels.

2 motorcycles have ___4___ wheels.

3 motorcycles have ___6___ wheels.

4 motorcycles have ___8___ wheels.

5 motorcycles have ___10___ wheels.

6 motorcycles have ___12___ wheels.

7 motorcycles have ___14___ wheels.

8 motorcycles have ___16___ wheels.

9 motorcycles have ___18___ wheels.

10 motorcycles have ___20___ wheels.

## EXERCISE 2

1. There are 2 apples on each plate.



2 × 3 =

There are ___6___ apples altogether.

___

2. There are 2 fish in each bowl.



2 × 4 =

There are ___8___ fish altogether.

___

3. There are 2 candles on each cake.



2 × 5 =

There are ___10___ candles altogether.



4.  There are 2 keys on a key chain.
    How many keys are there on 6 similar key chains?

$2 \times 6 =$

There are ___12___ keys altogether.

There are 2 straws in a glass.
How many straws are there in 7 such glasses?

$\boxed{2} \times \boxed{7} = \boxed{14}$

There are ___14___ straws altogether.

There are 2 muffins in a basket.
How many muffins are there in 8 similar baskets?

$\boxed{2} \times \boxed{8} = \boxed{16}$

here are ___16___ muffins altogether.

BINDER148

# EXERCISE 3

1. Complete the multiplication sentences.

$$2 \times 1 = 2$$

$+ 2$

$$2 \times 2 = 4$$

$+ 2$

$$2 \times 3 = 6$$

$+ 2$

$$2 \times 4 = 8$$

$+ 2$

$$2 \times 5 = 10$$

$+ 2$

$$2 \times 6 = 12$$

$+ 2$

$$2 \times 7 = 14$$

$+ 2$

$$2 \times 8 = 16$$

$+ 2$

$$2 \times 9 = 18$$

$+ 2$

$$2 \times 10 = 20$$

2. Complete the multiplication sentences.

(a)





$2 \times 3 = 6$

$2 \times 4 = 8$

(b)



$2 \times 5 = 10$

$2 \times 6 = 12$

(c)



$2 \times 7 = 14$

$2 \times 8 = 16$

October 27, 2021

2. Match.



Unit 6: Multiplication Tables of 2 and 3



BINDER150

12:26 on rug moving hands, looking around room @ ceiling or other places in room

12:27 sitting, not moving, listening, eyes on Aaron

12:28 - picking nose, listening to Aaron, body still
- Gets up & asks Aaron why he has to do the work she assigns
- takes a seat @ the round table

12:29 - learns, looking around the room, walking, comes back singing
- back @ seat, fidgeting w/ pencil or glue bottle
- dumps glue on table, says it was an accident, immediately was getting to clean it up
* should not have glue for project

12:31 - fidgeting w/ pencil @ table - drawing w/ eraser, drumming pencil
- gets work sheet, goes to put name on

12:32 - date on
↳ making sounds, stabbing pencil into paper
- Aaron explaining how to do book report

12:33 - opens book begins reading
- reading book, mouthing words
- body is calm, focused on book

12:35 - finishes book, announces "okay"
- Aaron tells him he needs to work for himself, can't be out loud
- working on book report

12:36 - "Did you know my sister stayed home sick today?" → Aaron

- working out loud, phrases & words said out loud

2:37 "It says author, which ones the author" asked if read the whole book, doesn't answer, then asked again responds yes

12:38 - Working out loud
- opens book again, writing in sheet
- body still, writing book report

12:40 looks up from work, flips book open & closed, back to writing
- pointing @ spots on the page w/ eraser

12:41 stands up & says "Mr Arora"
- is told to get in the line if wants help
- he doesn't respond
- "Do you understand James"
- says he didn't do it wrong, not looking up from book, sits down again
- again reading out loud
- is asked to read in his head

12:42 - back to flipping through book pages
- looking @ pictures in the book

12:44 - looks around chair & floor
- stands up, looking around room
- looks over @ another students work
- puts pencil in mouth
- sits down begins writing

12:45 Cont. writing & working on report
12:46 - looks up & around, then back to work
- looks back up & down back to work

BINDER152

12:47 - ~~[...] writing [...] down, walks on deck~~
    - picks up, looking between book & paper writing
12:48 flipping - between book again
12:49 - has begun the drawing part of his work
    - asked to pull mask over nose (does so)
    - told he needs to write all his answers
    as complete sentences; "Okay"
12:50 - looking between book & paper
12:51 - mask below his nose again
    - working, looking between book & paper
12:53 - still working, looking between book & paper
    - tongue out while working
12:54 stretches, continues working
12:55 - focusing on the drawing, erasing &
    redrawing
    - chair is pushed very far from table
    - stands up, still working
    - sits down
    - tapping foot & drumming pencil
12:56 - working w/ mouth wide open (most of time)
    - moves mask back over nose
    - continues working on picture
12:57 closed eyes tightly
    - opens them, back to working
12:58 - erases big parts of drawing (lower half)
    - back to drawing
12:59 - working on drawing, redrawing & erasing part
    that was already worked on / erased
1:00 - still drawing portion that has been erased
    - sits back, hand in hair
    - back to work

BINDER153

Oct. 27

BINDER154

I worked with James and 3 other students decorating their sugar skulls. James needed the direction repeated twice and then he was able to complete the work. He spent about 15 min. working.

Sarah Pearce

BINDER155

8:16AM  J IS IN THE BATHROOM

J RETURNS TO CLASS

"DO YOU HAVE MY MATH ~~SEET~~ SHEET?"

8:17AM " WHEN YOU ARE READY - STANDING STRAIGHT
I WILL TALK TO YOU." —A

AS J WAS DANCING AROUND WHEN ASKING HER

8:18AM  J STANDS WRITING ON ~~CHECKERED~~ PAPER AT HER TABLE

"I MADE A SCRIBBLE." —J          W 3 STUD SEATED +

"I.M WAITING FOR YOU." —A        1 STUD WAITING STANDING

J BRINGS PAPER OVER TO HER

8:19AM " HOW DID YOU ERASE THAT?" —J

"I HAVE MAGIC PEN."

8:20AM " I.M GIVING YOU 30 MIN. YOU MIGHT NEED
A BAR. YESTERDAY WHEN YOU DID TWO W/ME
YOU NEEDED A BAR." —A

8:21AM  J GOES TO GET ~~BEAD~~ BAR. THEN WALKS
ACROSS ROOM AND TOSSES ERASER TOWARDS
WHERE IT BELONGS BUT IT BOUNCES OFF
WALL AND DOESNT LAND WHERE IT SHOULD
HE PICKS IT UP + PLACES IT WHERE IT BELONGS

8:22  GETS A BEAD BOX/BAR ~~FROM~~ OTHER SIDE OF RM

"PLEASE CARRY THAT W/ BOTH HANDS." —A

ONLY HAD ONE AROUND IT BALANCING.

8:23  J SITS AT A'S TABLE W/ 3 OTHER STUD SEATED
AND ONE STANDING U A QUESTION.

8:24  J USES COUNTING MATERIALS TO WORK OUT PROB  MATH

8:32 "LISTENS J I'M TRYING TO TELL YOU.
YOU DIDN'T DO ANYTHING. THAT'S WHAT I'M
TRYING TO TELL YOU MY FRIEND."

"I KNOW BUT FIRST YOU HAVE TO DO THE
FIRST STEP THEN I CAN TELL YOU WHAT
TO DO NEXT."

8:33 USING BLUE CHIPS/COUNTERS TO FINISH HIS WORK.
TOUCHING ONE + PUSHES IT TO PUSH THE
REST OF THE PIECES OFF THE TABLE

8:34 "DID YOU GET IT HONEY? J?"

"YEAH."

"OK."

8:35 STRETCHES. LOOKS AT ME. LOOKS AT OTHER
STUD AT A'S TABLE. STOPS WORKING.

8:36 HOLDS PENCIL IN HAND.
"CAN I CHECK YOUR WORK J?"
"I'M NOT DONE YET."
"I KNOW BUT I ONLY GAVE YOU TWO PROB
AND I WANT TO CHECK YOUR WORK. BECAUSE
I'VE ALREADY GIVEN YOU AN EXTRA 5 MIN

"WE'VE ALREADY TALKED ABOUT THIS MANY
TIMES. YOU DON'T MAKE A 3 LIKE THIS.
NOW SPEED UP. YOU HAVE ____ MIN TO GO.

8:37 "FOR WHAT?" -J "FOR SUGAR SKULLS ." -M
WERE FROSTING THEM."

BINDER156

8:44 "I JUST HAVE A FEW MORE."

"YES BUT YOU ARE RUNNING OUT OF TIME.
I'VE ALREADY GIVEN YOU EXTRA TIME."

BINDER157

8:45 "MS A WHAT DO YOU DO WHEN YOU
BORROW FROM THE NEIGHBOR?"

AFTER LOOKING AT WORKSHEET + MATERIALS
FOR A WHILE VERY FOCUSED / THOUGHTFUL.

8:46 J J. THESE ARE NOT TOYS YOU
CANNOT JUST THROW THEM ON THE TABLE.
THEY ARE MATERIALS. YOU NEED TO PLACE
THEM NICELY IN A ROW ON THE TABLE.

8:47 FOR 2MIN OR MORE J WAS STEPPING ON
+ ROLLING HIS PENCIL UNDER HIS SHOE
THAT HAD FALLEN. THE ERASER FELL OFF
AND WHEN HE PICKED UP THE PENCIL
THE ERASER WAS LEFT ON THE FLOOR.

8:48 THEN HIS FOOT WHEN ON TOP OF THE
ERASER + ROLLED IT A BIT AT FIRST -
SQUASHED IT FLAT + THEN PICKED IT UP.

8:49 "WAIT, WHAT DO YOU DO AGAIN?
IT'S REALLY CONFUSING. WHAT DO YOU DO
AGAIN?"

"IF YOU DON'T HAVE ENOUGH HERE YOU
BORROW FROM YOUR NEIGHBOR."

8:56    J IS SITTING USING BEAD BARS

8:57    "UM MS. A ...

BINDER158

"J YOU CANNOT JUST INTERRUPT WHEN
I.M HELPING OTHER PPL."

"MS A IT SAYS 11 TIMES 4."

8:58    J IS LOOKING AT ME, OTHER STUD AT
A'S TABLE, THEN AT WORKSHEET. THEN BACK
UP AT STD. THEN BACK DOWN ON SHEET.

8:59    HOLDING BEAD BAR WRITES SOMETHING
DOWN. LOOKS BACK UP AT STD. THEN WRITES
SOMETHING ELSE ON SHEET.

9:00    "QUICK HONEY. YOU HAVE 5 MORE MIN
THAT.S ALL."

PICKS UP DIFF BEAD BARS. LOOKING AT SHEET
WHITE, YELLOW + PURP

9:01    "3 MORE MIN MY FRIEND. J"

9:02    J LINES UP YELLOW BEAD BARS

"MS ARORA CAN YOU TEACH ME HOW TO COUNT
BY 4'S? I.VE ALWAYS WANTED TO DO THAT?"
"SURE. YOU KNOW IT GOES 4, 8, 12, 16, 20, 24..."
A RESPONDS EVEN THOUGH HE INTERRUPTED
HER HELPING A STUD AT HER TABLE.

9:03    "YOU CANT JUST SAY THAT. THE OTHER STUD
HAVE LARGER/LONGER SHEETS THAN YOU.