


Writer's Direct Dial: (262) 364-0250
Writer's Direct Fax: (262) 364-0270
jaziere@buelowvetter.com

November 12, 2021

Sent Via E-mail:   spitznick@tds.net

Jeffrey Spritzer-Resnick
Systems Change Consulting, LLC
430 Sidney Street
Madison, Wisconsin  53703

**Re:    Milwaukee Montessori School and James LaRoque**

Dear Jeff:

By way of letter, dated October 16, 2021 (copy attached), I set forth the following:

1. An overview of the MMS classroom;
2. The manner in which MMS had already incorporated a number of the techniques set forth in the materials present during our October 12, 2021 meeting;
3. An overview of the techniques identified in the "Executive Functioning Support" portion of the "504 Plan – Draft" presented by your client that had been employed by MMS; and
4. A Plan for James.

The Plan for James was stated as follows:

> As set forth above, an exceptional amount of time and effort has gone into incorporating a plethora of techniques to assist James.  Most have not been effective.  In addition, many of the items in the "504 Plan – Draft" cross over from "minor adjustments" and constitute aids and services that might be included in an individualized educational plan designed specifically for James and based on his needs.  Other items in the "504 Plan – Draft" require individual instruction in a one-on-one setting.  MMS is not required to provide these types of special education instruction and services and, more importantly, is not in a position to be able to offer such services.
>
> Nevertheless, MMS is willing to put in place a plan for ascertaining the feasibility of James' continuation at MMS.  The strategies listed above, as well as additional feasible strategies set forth in the materials provided, will be employed for the two-

> week period commencing on Monday, October 18 and ending on Friday, October 29, 2021. During this period, all teachers will record the efforts used with regarding to James and the results of those efforts, including a summary of James' behavior.
>
> After the first week, MMS reserves the right to bring in an outside expert to observe and evaluate James during the second week period. His parents are expected to provide consent for any such observation. In the event consent for the observation is not provided, this plan will be terminated immediately.
>
> Unless ended earlier, as specified above, at the end of this two-week period, MMS will assess the information provided by all teachers and make a determination whether continued enrollment is feasible. A report will be provide to the parent via communication from me to you.
>
> As stated above, this plan will become effective on Monday, October 18, 2021. Should you have any questions regarding this plan, you may communicate them to me at your leisure.

The Plan for James was to begin on Monday, October 18. However, James was absent on that date. As a result, the Plan could not commence until Tuesday, October 19. James was absent again on Thursday, October 21; on Thursday, October 28; and again on Friday, October 29. James missed four of the planned ten days of the Plan. Suspecting you and your clients would claim an insufficient amount of time for the Plan, it was extended into the week of November 1, 2021.

The Plan is now complete and a decision has been reached. A binder containing all the notes associated with the Plan will follow this letter via USPS or UPS.

## **Individuals Involved in the Plan**

The following individuals were involved in implanting the techniques outlined in the Plan and perform observations of James during the Plan:

1. Deepti Arora - Lower Elementary Directress

Deepti Arora grew up in India, and after earning a Bachelor's Degree in Education from the Rajasthan University in 1999, she taught middle school language and moral science at Central Academy School in Alwar, Rajasthan for two years. In 2003, she moved to Milwaukee and joined the MMS faculty in 2005 as a Toddler Teacher. After two years, Deepti joined a Lower Elementary classroom as an assistant teacher, and in 2009, she earned her Montessori teacher diploma through the American Montessori Society.

Deepti is now a Montessori Directress in the Lower Elementary. Deepti continues to develop as a teacher; she studied reading instruction at the Columbia Teachers' College Reading and Writing Project in New York City during the summer of 2011. She strives to create an atmosphere of calm, order, and joy in the classroom. She sees her role as helping and encouraging children while they develop self-confidence and inner discipline.

2. Julie Christensen - Athletics Teacher and Director of Extra-Curricular Activities

Julie Christensen is the Director of Co-Curricular Programs at MMS. She received her bachelor's degree in exercise and sports science in 1997 at the University of Wisconsin – La Crosse. She started as the Physical Education Teacher in the fall of 1997 and continued to teach at that position for 11 years. She earned a coaching emphasis that she has put to good use starting Milwaukee Montessori's after school sports programs. Those programs included basketball, volleyball, and track and field.

After serving as a Physical Education Teacher, she became the Director of Co-Curricular Programs, in which she has served ever since. One of the signature events Julie runs at the school is "Jump Rope for Heart." In serving as the coordinator since 2001, she has brought many students and faculty together to raise money for the American Heart Association.

3. Angela Guiterrez

Her time at MMS started fresh out of college, after graduating from UW-Madison, as a classroom assistant teacher in Lizz Loder's room and soon afterwards she began immersing the younger students in the wonderful world of Spanish! She has always reflected fondly on her time here at MMS (2010-2013), and upon seeing a position opening, she was eager to return to the heart of where her teaching career began.

With nearly a decade of experience under her belt and continual extensive research on the best foreign language teaching practices (CI, AIM & TPRS) Señorita Gutiérrez is known for building healthy brain habits in her classroom as well as allowing artistic expression with students. Examples include: 1) utilizing American Sign Language to provide visual support, solidify comprehension, increase retention and scaffold options for participation without English use, 2) incorporating Animated Short Films to engage learners via the storytelling method: Movie Talk, where students listen, write, and verbally respond to prompts about sequencing, accuracy of detail recall, inferencing and their own lives, 3) emphasizing the importance of the phonetic nature of the language and using exaggerated facial expressions to attain accurate pronunciation til it becomes more natural for learners and is no longer necessary to 'act it out and 4) embodying song and literature where one rapidly acquires vocabulary, perfects their pronunciation and finely tunes his/her eyes and ears to a new language.

4. Catherine Lee - Lower Elementary Directress

Catherine Lee has been working professionally with children for the past two decades. After earning a bachelor's degree in early childhood Education from the UW-Milwaukee, Catherine started her career at MMS in 2000 in the Nighthawks afterschool program. Then, she served as an assistant teacher in the Junior High, Upper Elementary, and Lower Elementary classrooms. In 2002, Catherine earned a Montessori Elementary Teaching Certificate from the Association Montessori International and became a Lead Teacher in Lower Elementary.

5. Sarah Pearce - Makerspace Teacher

Sarah came to Milwaukee Montessori School in the fall of 1975, to start a new Lower Elementary class. She holds a Bachelor of Arts degree from Albion College in Albion, Michigan. Sarah earned her Montessori Elementary Teaching Certificate from the Association Montessori International in Bergamo Italy. She has taught Lower Elementary, Upper Elementary and helped start MMS' adolescent program with Margaret Novak-Brown in 1982. Sarah is a member of the North American Montessori Teacher's Association. She has served on the board of Wisconsin Quilters and was a member of the education committee of the Zoological Society of Milwaukee.

During the summer, Sarah enjoys traveling, quilting and other needle arts. She has been a docent at the Milwaukee County Zoo, studied at several archeological sites including Crow Canyon and has sailed Lake Michigan and around the coast of Florida on the Schooner Denis Sullivan. While at Milwaukee Montessori, Sarah organized MMS' participation in environmental education programs at McKensie Environmental Center, Upham Woods and Nature's Classroom. She began the Montessori Model United Nations program at MMS, Odyssey of the Mind and has co-led several student trips to Europe that included living with families, going to local schools and sightseeing.

6. Lizz Loder - Director of Curriculum Support

Lizz Loder has been a Montessori Directress for more than three decades. She received her undergraduate degree from Lawrence University and her American Montessori International (AMI) Montessori training from The Midwest Montessori Institute where she studied under the late Hildegard Solzbacher. Lizz was a Children's House directress at Milwaukee Montessori from 1992-2019.

After retiring from classroom teaching in June 2019, Lizz continues her work coaching and mentoring new faculty. She also works closely with the Head of School, Admissions Director and Director of Development in carrying out a number of administrative duties. Lizz has attended The National Association of Independent Schools Summer Leadership Institute as well as Leading the 21st Century Elementary School presented by Independent School Management. Lizz has served as a visiting team member in the accreditation process for the Independent Schools Association of the Central States and as the faculty representative from Milwaukee Montessori. She also served a three-year term on the Professional Services Committee for ISACS helping to develop and create professional development opportunities for faculty and staff at member schools.

7. Jon Mohr - Athletics Teacher / Coach

Jon has enjoyed coaching and teaching physical education at Milwaukee Montessori School since 2003. He holds a degree in sports management along with certifications from the Center Creative Leadership, NFHS Master Coach, USA Impact, and Minnesota Volleyball Instructors. He has spent many weeks working and learning alongside great Olympic, and college coaches including Hugh McCutcheon, Karch Kiraly, and Bond Schymansky. These experiences have helped him develop his coaching philosophy. On top of coaching Volleyball at MMS, he also coaches track and field.

8. Jane Keuler - Lower Elementary Teacher and Writing Instructor

The fourth of twelve children, Lower Elementary Teacher Jane Keuler says her mother in many ways was like a Montessori teacher, keeping everyone working and busy in their home. Drawn to artistic

fields, Jane earned a BA in Art and Music from UW-Milwaukee where she also continued post-graduate work. Jane obtained her Montessori Teaching Certification in 2003 and began teaching in the lower elementary at New World Montessori. In 2007, Jane joined the MMS Lower Elementary faculty where she has been ever since. Jane is an accomplished musician; she played violin with the UWM Orchestra for fourteen years and plays the piano. She also designs logos and has had illustrations published. Jane enjoys working in the garden and crocheting.

9. Alex Flood – Lower Elementary Classroom Assistant; Basketball Coach

Alex Flood graduated from Milwaukee Montessori School in 2011. He then went on to attend Pius XI Catholic High School. After graduating in 2015 he attended Northern Michigan University in the Upper Peninsula of Michigan and graduated in May of 2019 with a Bachelor's degree in Outdoor Recreation Leadership and Management with a minor in Psychology. Alex began working at MMS shortly after graduating 8th grade as a CIT (Counselor in Training). He then became a part-time employee working during the summers and over various breaks throughout the school years.

10. Evan Lane - Music Director

Evan Lane is a professional studio musician, songwriter, singer and performer. Born and raised in Milwaukee, Evan started his classical training on the viola in 1999, not long after starting he worked with his first private teacher, Nathan Hackett of the Milwaukee Symphony Orchestra. After successfully graduating from Milwaukee High School of the Arts, Evan attended the Conservatory Program at Lawrence University in Appleton, WI, under the direction of Matthew Michelic of the Green Bay Symphony Orchestra. From there, he transferred to Roosevelt University in Chicago and attended the Chicago College of Performing Arts under the direction of Li-Kuo Chang and Roger Chase of the Chicago Symphony as a Viola Performance Major. In between each year of school, Evan served as Associate Program Director for Camp Timber-Lee in East Troy, WI for nearly 10 years where he managed all musical facets of Summer and the school year, as well as developed, implemented and executed 5 'specialty' art camps that exist today all while being an active musician in the local community. In addition to his love of coaching young people to unlock their individual talent, Evan is actively growing as a solo artist in the Milwaukee area and invites you to the many opportunities to see him perform all year long along with hearing his first single, 'Milky Way.'

11. Chris Gauger - Lower Elementary Childcare / Athletics Teacher

Chris Gauger began working at Milwaukee Montessori School in 2006. He is a Nighthawks teacher and is an assistant gym teacher for the Child Care students. His love for working with young children made this job a natural draw. He finds the youthful energy a great fit for his demeanor and natural energy. Prior to working at MMS he worked at a recycling plant and was working on his plumbing degree from MATC.

12. Karen Gorecki - Children's House and Lower Elementary Art Teacher

MMS Art Specialist, Karen Gorecki, works with the Children's House and Lower Elementary to provide vital foundations for artistic growth within each student. Born and raised in Milwaukee, Karen earned a Bachelor's Degree in Fine Art from the UW-Milwaukee in 2001 and was the recipient of the prestigious

Logan Travel Scholarship in 2000. Ms. Gorecki's clay sculptures and paintings are known for their "brooding and humorous symbolism," and she has had them shown extensively in the Milwaukee area as well as Washington D.C.

Prior to joining the MMS faculty in 2007, Karen demonstrated her artistic talents in the field of Visual Merchandising, which included window and store displays at Saks 5th Ave. and Nordstrom's, as well as renowned holiday installations in Milwaukee, Chicago, New York City, Newark, NJ, and Clinton, CT.

## **Conclusion and Decision of MMS**

As set forth in the observation notes, a significant portion of the "techniques" set forth in the "504 Plan – Draft" were implemented. Despite the fact that a number of items in the "504 Plan – Draft" actually constitute aids and services that might be included in an individualized education plan designed specifically for James and based on his needs, some were incorporated by MMS during the Plan. Nearly all of the techniques and strategies implemented as part of the Plan proved to be ineffective.

The information gathered during the period the Plan was implemented demonstrates that James has difficulty in the following areas:

- Following oral instructions.

- Making academic progress by demonstrating mastery of concepts needed to allow him to move forward through the curriculum and meeting grade level expectations for quality and quantity of work including demonstrating age- or grade-level independence in his work.

- Controlling his behavior so that it does not interfere with his learning and the learning of others.

- Displaying appropriate social skills that allow him to develop positive relationships with his peers.

Information regarding each of these areas is addressed in greater detail below. However, based on James' significant needs in these areas, MMS has determined that it cannot continue to provide educational services to him. Even with routine activities and daily reinforcement, James does not demonstrate understanding of basic concepts such as lining up, sitting on the rug, cleaning up after lunch, or preparing for gym. Even with the strategies and interventions implemented during the Plan, which far exceed minor adjustments, James continues to fall further behind his peers. This is particularly concerning given the fact that the work expectations for James will only continue to increase in complexity and difficulty, which one can expect will lead to increased frustration and distraction for James, which in turn will increased disruption in the school setting. In addition, James will be expected to demonstrate greater independence as he would progress through school, but his dependence on adults to navigate the school day including academic work is increasing rather than decreasing, which raises great concern about his ability to be successful in this setting. As it is now, James' behavior often creates a significant disruption which interferes not only with his education, but with the educational experience of other MMS students. Based on his academic and behavioral needs, we do not believe that James will experience success in this environment.

As such, his continued enrollment at MMS is not feasible. The enrollment contract for James will be terminated, effective Friday, November 19, 2021.

We anticipate and fully understand neither you nor James' parent will agree with the assessment or the decision. However, it is the School's decision and it is final.

## Basis for Conclusion and Decision of MMS

Although the "formal" Plan "officially" began on October 18, 2021 (a date on which James was absent), observations were recorded prior to that date. As shown in the binder, observations by Catherine Lee began on October 14, 2021. Ms. Lee detailed James' behavior, minute-by-minute during the day. As shown in her notes, James was unable to sit and pay attention to the lesson and, instead, got up multiple times within the first fifteen minutes of the day. It took three requests from the teacher before James would put the lesson material away. During the afternoon, James was interfering with another student by repeatedly touching his computer. James was given a clear directive not to touch the other student's computer again. He touched it again. James left the classroom without permission. Even with one-on-one assistance, James is unwilling to focus on work and complete assignments.

<u>James is not demonstrating mastery of the curriculum and is unable to accurately complete grade-level work even with additional time to do so and without individual support from staff.</u>

The lack of quality and quantity of work produced by James as compared to his grade-level peers is pronounced.

On October 19, students were given two math worksheets to complete. Other students completed both worksheets in 15 minutes. James took 40 minutes to complete one of the worksheets and never completed the second worksheet. During the time that James was working on the math sheet, he was seated near the teacher so that he could ask for help and the teacher could check his work and reinforce what he was working on. After 13 minutes, the teacher checked his work and noted that he needed to correct 8 of the problems and gave him an additional 7 minutes to do so. At one point when teacher was talking with James about his work, he walked away from her and she needed to tell him to come back so she could finish explaining what he needed to do. He also left the classroom twice during this time period and on one occasion had to be redirected to return to the classroom after he had been in the hallway for 5 minutes.

On October 20, students were given two comprehension cards to complete and 20 minutes to complete them. James was the only student unable to complete the work. He was given additional time and only completed one of the two cards. In addition, students were expected to complete 3 pages of math during the morning. James completed one page with help from the teacher, another page was only partially completed again with significant help from the teacher. James was also expected to complete one SRA card, which usually takes ten minutes to complete-it took James 40 minutes to complete the one card

On Friday, October 22, Mrs. Arora noted the following:

> 1:20 PM: James started singing loudly and I had to caution him to stop, but he continued singing and did so a little louder. Obviously, he is distracting his classmates, I again asked him to stop and he finally does.

Deepti Arora noted the following on October 25, 2021, which was also observed by Alex Flood:

> 8:10 James came into the room dancing swinging his body everywhere, and singing loudly, "I wanna rock and roll and party all night." I asked him why are you singing and dancing in the room? You need to stop, and he responded saying, "It's not a song it's rock." I told him that this was a classroom and time to get ready to work and that he should not be dancing and singing. He said, "Yeh, but it's fun." I said, "James, you are here to start your schoolwork. Please do not sing as everyone has started working." He responded, saying, "So you are telling me not to have fun!" I repeated that this is our classroom and a work time, and he retorted, "So you are saying working is not fun!" I said, "James, I want you to work on your mathematics and focus to get the problems complete." He said, "I feel like dancing and singing!"

> Gave him his math work and walked him to a table. Told he has 15 minutes to complete and gave him a review lesson. The problems were simple addition problems. Checked in with him after 15 minutes, then gave him another five minutes, helped him some more, and then gave him another ten minutes. Each time explained what he was to do. Took him 40 minutes to complete (didn't complete correctly).

In Writing and Spelling Class with Jane Keuler, the following was noted by Mr. Flood:

> 8:50 Went to his folder at the table; he is supposed to practice writing his spelling words – there were five words, and he was expected to write them down on this given piece of paper. This would take less than five minutes. Instead, he sat on his feet, got up from the table, went to Miss Pearce's Halloween objects on her bookshelves, and started touching them. I had to call him back to his seat, and he did not respond. I got up and walked to him and directed him back to his seat, next to everyone else, and asked him to write his new spelling words. He never wrote words at all. He wiggled in his chair and repeatedly tried to talk to the students next to him, who told him to stop talking and write his words.

> . . .

> 9:00 He was given two exercises, word, and picture match. This is an exercise that takes students less than five minutes to compete. I give the instructions, match the words to the pictures, this was a review and so students knew what to do. James could not complete the exercise, repeatedly asking, "What am I supposed to do?" Again I told him, you draw a line from each work to the picture. Instead, he wrote the words randomly in the middle of the paper. I said, "James, look at this word up here. It say matching. That means you draw lines from the word to the picture." He erased the words. This was not the third time I gave James instructions. First, to the entire group, then twice to him. He behaves as if I never said anything to him.

On October 26, 2021, Catherine Lee observed the following:

> 12:41  Once again, James picks up a pencil and starts to write on the work that is laying on the rug.  Other children say "Mrs. Arora, James is writing on the work."  This time James says, "touching a paper is not the same as touching some else's work." Another child says "James don't touch someone else's work.  It's that simple."  More than once he was asked by his teacher and other children to stop laying hands on the work space where children have placed their unfinished work on the edge of the rug.

Angela Guitierzz noted the following after observing James for 50 minutes while he attempted to complete a math project on October 27:

> In order for him to get anything done Mrs. A. had to walk him through every single step of every problem.  She even walks him through the same problem repeating instructions, multiple times.  She might ask, "Can you do the next step?" He would say, "yes." Then once alone he would have to ask again for the next step.  This was even when he was reasonably focused and trying hard.  He just couldn't execute any math task independently.

On October 27, 2021, Jayme Zander observed the following:

> 12:29  James gets up walks away, leaves, looks around the room, gets a bottle of glue (he was not asked), walking comes back singing.  Back at his seat, he is fidgeting with his pencil and the glue bottle.  Dumps glue on the table, says it was an accident.  The assistant teacher sees glue on the table.  James gets up to get paper towels.  *Should not have had glue for the project*  None of the other students got up to get glue as this was a book report lesson.

Jane Keuler observed the following during Writing Class:

> 2:00  I gave him the word sort list, and instead of writing, he started to draw on the paper, and I had to stop him from doing this.  Then he started drawing on the folder, and I needed to stop him from doing that and asked him to erase what he had scribbled on the folder.  It was quite a bit of nonsense, monster faces and cookey faces and such, and that wasted his time because now he was busy for three minutes just erasing.  Once he started writing, it took him a while and he did not finish.
>
> I asked him to redo the noun sheet by himself that I helped him with on Monday.  He needed so much assistance, so I wanted to see if he could now do the same sheet independently.  He kept looking and the paper and asking, "Is this a noun?  Is this a noun?" I answered, "Look at the works and ask yourself the question, Is it a person, place, or thing?"  he did need some help but he managed through the sheet independently.  It took him over 12 minutes, not quite 15 minutes.
>
> I ask him to put his work in the folder but he does not put it into the folder without it hanging out, so I showed him how to put his papers into the pocket of his folder, so the papers do not get all bent up.  But he does not even care, he is oblivious.

<u>James' behavior disrupts his learning and the learning of others and staff have to take time away from instruction to address his behaviors</u>

Ms. Gutierrez, Spanish Teacher, summarized James' behavior as follows:

> Before at the beginning of the year, James was more isolated and when he was disruptive the class would be upset and say things like, "James, stop."
>
> But now that James has escalated his behaviors he has become more disruptive. So now in class, he shouts out comments during lessons, bangs on the table to a beat or on the table legs instead of following our reading and pointing to the works that we are reading aloud, he will making beating sounds on the table or chair or table legs.

Ms. Gutierrez described the disruptive behavior as follows:

> Another behavior [some other students] copy is he makes a joke and gets others to laugh while everyone is silent doing their reading. He starts talking aloud to the other children who then talk with him and laugh, and again, everyone is distracted. The majority of students want James to be quiet and they don't want the other little group to laugh and cackle with him. They look at me. The point is that I spend time, as do other students moving away from lesion or the work, and focusing on James. He works hard to get others to focus their attention on him.

Lizz Loder recorded the disruptive behavior during the morning of October 19, 2021. She described one incident as follows:

> 9:31 Starts to walk the long route back to his seat. He reads while he is walking and then stops, stands and then reads some more. He stops reading and then leans over from the back of another child and puts his face directly into her face while she is working in her seat. She chooses to ignore him entirely and he walks away with this work.
>
> . . .
>
> 9:34 Walks away from his seat, goes to get a cap eraser, plays with the erasers, rips some of the erasers, and stuffs the small pieces into other eraser caps (which prevent them from fitting onto a pencil head).
>
> 9:35 Walking to where his teacher is giving a lesson. Stands behind the teacher, she's startled, reminds him where to stand (in front of her) when he needs help. But he does not have his work with him, he does not need help. Goes back to his seat.
>
> . . .
>
> 9:45 Gets up to get work checked, stands beside Teacher and directs him to get in line. Then he stands beside a classmate but keeps scooting and stepping into her until he is right

> in her personal space. She looked at him, gave him a warning look and takes a step away from him.

There were brief periods of time during which James' behavior was noticeably improved. However, these periods were very brief and, during these period where James was not an overt disruption to the class, James was still unable to produce the quality and quantity of work that was anywhere close to that of his peers. For example, during Athletics Class on 10/19/21, James was focused and stood in line in order without disruption. On this day, James was a good teammate and listened to instruction well. During Spanish Class, James was quiet and respectful while waiting in line. However, shortly after class started, James had a loud outburst and began distracting a classmate. In Math Class on that date, it took James 45 minutes to complete a worksheet that took the rest of the class 15 minutes to complete.

Despite having a relatively good day on October 19, the disruptive behavior returns, as recorded by Lizz Loder on October 20, 2021:

> 9:38 James asks the teacher how many minutes until lunch and recess. She says that she does not look at the clock all day. She then tells James to put his reading comprehension card away. James replies "which card?" "The one in your hand," she replies. He puts it away, walks through the room, stops behind a classmate who is focused on her work, bends around until his face is right in front of hers, she given him a frustrated look but says nothing. (He has done this multiple times, on other days, mostly to the girls, their bored response is not to give him more attention for his intrusiveness. The girls ignore him, and others tell him to go away.)

<u>James' behavior towards his peers negatively impacts his ability to develop positive peer relationships.</u>

James displays an inability to read the social cues of his peers and engages in behavior which results in direct feedback from his peers to James.

Jane Keuler noted the following in her observation on October 22:

> 12:20 …James started to make different kinds of hand signals in front of the girl who sat next to him. He was doing this in front of her face. She was visibly annoyed.

> 1:25 I was giving a lesson on the three kinds of sentences, and while doing so, James started poking the knee of the girl next to him with his pencil. Again, he is disrupting the lesson because the girl was becoming annoyed and I had to ask him to stop because he was not listening to her.

Chris Gauger noted the following at the end of recess on October 26;

> James kept throwing balls at his friend. I asked James to stop and help clean up, and James ignored me completely. I asked again for James to line up; he dropped the balls, didn't clean up, but got in line behind his friend. Once in line his friend was upset and kept asking "Why couldn't you just stop throwing balls at me? Why did you keep throwing at me?" James was teasing him, making faces, and sticking his tongue out at him, so his friend grew more upset.

This is merely a sampling of the areas of concern identified above including James' inability to demonstrate mastery of the curriculum for his grade, dependence on adults to monitor his work and try to keep him on task and repeated disruptive behavior observed during the Plan period. The binder contains all the observation notes, including any hand-written originals, and sample work performed by James during this period. The totality of the documented behavior set forth in the binder formed the basis for the decision regarding James' continued enrollment at MMS.

As stated above, the binder will be delivered to you via USPS or UPS. Should you have any questions regarding decision, you may communicate them to me at your leisure.

Very truly yours,

Buelow Vetter Buikema Olson & Vliet, LLC

*Joel S. Aziere*

Joel S. Aziere

Cc:  Monica Van Aken, Head of School
     MMS Board of Trustees