UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PERRY L, EMILY M and J.L.,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.    Case No. 22-cv-1244-bhl

MILWAUKEE MONTESSORI SCHOOL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice for lack of standing.

Dated at Milwaukee, Wisconsin on April 24, 2025.

    GINA M. COLLETTI
    Clerk of Court

    s/ *Julie D.*
    (By) Deputy Clerk